**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rosland Capital LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-2678670** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**11766 Wilshire Blvd**<br>**Suite 1200**<br>**Los Angeles, CA 90025-6557**<br>Number, Street, City, State & ZIP Code<br>**Los Angeles**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://roslandcapital.com/** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4239**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Rosland Capital LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ______
  Contact name ______
  Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Rosland Capital LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 2, 2026**
MM / DD / YYYY

**X** Michael Hogan
Signature of authorized representative of debtor

**Michael Hogan**
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Brian L. Davidoff**
Signature of attorney for debtor

Date **July 2, 2026**
MM / DD / YYYY

**Brian L. Davidoff 102654**
Printed name

**Greenberg Glusker LLP**
Firm name

**2049 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone **310-553-3610** Email address **BDavidoff@GreenbergGlusker.com**

**102654 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Rosland Capital LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2026

X [signature]
Signature of individual signing on behalf of debtor

**Michael Hogan**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rosland Capital LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| [redacted] | | Customer deposit | Unliquidated | | | $675,001.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $671,201.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $916,880.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $913,080.00 |
| Fox News Network LLC<br>PO Box 27128<br>Concord, CA 94520 | | Advertising | | | | $1,986,389.15 |
| [redacted] | | Customer deposit | Unliquidated | | | $849,110.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $845,310.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $618,096.00 |

Debtor **Rosland Capital LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| [redacted] | | Customer deposit | Unliquidated | | | $614,296.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $767,583.98 |
| [redacted] | | Customer deposit | Unliquidated | | | $763,783.98 |
| [redacted] | | Customer deposit | Unliquidated | | | $999,305.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $995,505.00 |
| [redacted] | | Buyback liability | Unliquidated | | | $1,553,750.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $2,800,000.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $2,796,200.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $1,758,133.00 |
| [redacted] | | Customer deposit | Unliquidated | | | $1,754,333.00 |

Debtor **Rosland Capital LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| [redacted] | | **Customer deposit** | **Unliquidated** | | | **$679,311.50** |
| [redacted] | | **Customer deposit** | **Unliquidated** | | | **$675,511.50** |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Brian L. Davidoff 102654**<br>**2049 Century Park East**<br>**Suite 2600**<br>**Los Angeles, CA 90067**<br>**310-553-3610**<br>California State Bar Number: **102654 CA**<br>**BDavidoff@GreenbergGlusker.com**<br><br>■ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**Rosland Capital LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Brian L. Davidoff 102654**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**July 2, 2026**
Date

By: **/s/ Brian L. Davidoff**
Signature of Debtor, or attorney for Debtor

Name: **Brian L. Davidoff 102654**
Printed name of Debtor, or attorney for Debtor

2x Solutions LLC
1990 S Bundy Dr
Los Angeles, CA 90025

ABM Parking Services Inc Landmark
11766 Wilshire Blvd
Parking Office Suite 401
Los Angeles, CA 90025

American Express
PO Box 96001
Los Angeles, CA 90096

Assured Partners of Missouri LLC
12645 Olive Blvd
Suite 300
Saint Louis, MO 63141

Bing
1 Microsoft Way
Redmond, WA 98052

Blikket
9854 National Blvd
Los Angeles, CA 90034

Bromfield Car Service
PO Box 45681
Los Angeles, CA 90045

Celebrity Consultants LLC
16255 Ventura Blvd
Ste 625
Encino, CA 91436

Cheq Technologies Inc
22 West 19th Street
9th Floor
New York, NY 10011

Cimplifi
PO Box 644722
Pittsburg, PA 15264

Cox Business NV
PO Box 53262
Phoenix, AZ 85072

Deborah Miller
Miller and Company Management
9255 Sunset Blvd Suite 500
Los Angeles, CA 90069

Delaware Depository Service
3601 North Market Street
Wilmington, DE 19802

Douglas Emmett 1995LLC
11766 Wilshire Blvd
Suite 401
Los Angeles, CA 90025

Federal Express
PO Box 7221
Pasadena, CA 91109

First Orion Corp
520 Main Street
Suite 400
North Little Rock, AR 72114

Fox News Network LLC
PO Box 27128
Concord, CA 94520

Frontier
Landmark Backup
PO Box 740407
Cincinnati, OH 45274

Frontier
Fax Lns Landmark
PO Box 740407
Cincinnati, OH 45274

GODADDYCOM LLC
100 S Mill Ave
Suite 1600
Tempe, AZ 85281

Google Inc
1600 Amphitheatre Parkway
Mountain View, CA 94043

Hirschfeld Kraemer LLP
456 Montgomery Street
Suite 2200
San Francisco, CA 94104

Honey Well Store Inc
855 S Mint Street
Charlotte, NC 28202

InterImage Productions Inc
22120 Clarendon Street
Woodland Hills, CA 91367

InterMedia Advertising Inc
22120 Clarendon Street
Woodland Hills, CA 91367

InterMedia Entertainment
22120 Clarendon Street
Woodland Hills, CA 91367

InterPost Productions
22120 Clarendon Street
Woodland Hills, CA 91367

IPFS Corporation of California
1055 Broadway 11th Floor
Kansas City, MO 64105

J Scott Smith
307 Hill Street
No 4
Santa Monica, CA 90405

Klaviyo
125 Summer Street
Floor 6
Boston, MA 02111

Legends Experience LTD
Ingles Manor Castle Hill Ave
Folkestone, Kent CT20 2RD
United Kingdom

LUMEN
931 14th Street
Denver, CO 80202

Manfra Tordella and Brookes Inc
50 West 47th Street
Suite 310
New York, NY 10036

Matthew Poldberg
3136 Hackett Ave
Long Beach, CA 90808

Money Group LLC
Metro Office Park
Building 7 Calle 1
Suite 204
Guaynabo, PR 00968

Numismatics Unlimited Inc
577A Broadway
Massapequa, NY 11758

NVEnergy
PO Box 30150
Reno, NV 89520

Outward Agency LLC
1360 Raymond Ave
Long Beach, CA 90804

PMAC
PO Box 965
Farmingdale, NY 11735

Primary Color Systems Inc
11130 Holder Street
Cypress, CA 90630

Quadient Leasing USA
Dept 3682
PO Box 123682
Dallas, TX 75312

Retirement Living
PO Box 735948
Dallas, TX 75373

RingCentral Inc
PO Box 734232
Dallas, TX 75373

Rosland Capital Group Hong Kong
Unit C 17 F United Centre
95 Queensway Admiralty
Hong Kong

Rosland Capital Group Hong Kong V
3905 Two Exchange Square
8 Connaught Place
Hongkong
Hongkong

Shute Morton
1644 Haynes Lane
Redondo Beach, CA 90278

Sontiq
9920 Franklin Square Drive
Suite 250
Nottingham, MD 21236

Spectrum Enterprise
CableandWdbd
PO Box 60074
City of Industry, CA 91716

Spectrum Enterprises Business
TV Premier
Box 223085
Pittsburge, PA 15251

Spectrum Enterprises Fiber Internet
PO Box 60074
City of Industry, CA 91716

Studio Mousetrap LLC
359 W 7th Street
San Pedro, CA 90731

Tahoe Springs Water
3300 Meade Ave Suite B
Las Vegas, NV 89102

The Press Room
18723 Napa Street
Northridge, CA 91324

Trust Pilot Inc
50 West 23rd Street
Suite 1000
New York, NY 10010

Tucker Ellis LLP
PO Box 74717
Cleveland, OH 44194

Typecraft Inc
2040 E Walnut St
Pasadena, CA 91107

Unbounce
603-401 West Georgia Street
Vancouver, BC V6B 5A1
Canada

UNUM Life Insurance
Company of America
PO Box 406990
Atlanta, GA 30384

Vector 3 Inc
16501 Ventura Blvd Ste 200
Encino, CA 91436

Whisp
934 N University Drive
No 246
Coral Springs, FL 33071

Wilson Elser
150 East 42nd Street
New York, NY 10017