**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rosland Capital LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:26-bk-16650-BB** |

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* **20 Largest Unsecured Claims**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/16/2026__      x _Michael Hogan_ (signature)
Signature of individual signing on behalf of debtor

**Michael Hogan**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   ROSLAND CAPITAL LLC

United States Bankruptcy Court for the:  CENTRAL   District of CALIFORNIA
(State)

Case number (If known):  2:26-bk-16650-BB

☒ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 ███████ | | Customer deposit | Unliquidated | | | $675,001.00 |
| 2 ███████ | | Customer deposit | Unliquidated | | | $669,783.35 |
| 3 ███████ | ███████ | Customer deposit | Unliquidated | | | $502,490.70 |
| 4 ███████ | | Customer deposit | Unliquidated | | | $916,880.00 |
| 5 Fox News Network LLC PO Box 27128 Concord, CA 94520 | | Advertising | | | | $1,986,389.15 |
| 6 ███████ | ███████ | Customer deposit | Unliquidated | | | $849,110.00 |
| 7 ███████ | | Customer deposit | Unliquidated | | | $570,650.10 |
| 8 ███████ | | Customer deposit | Unliquidated | | | $474,899.44 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

75837-00002/8110908.1

Debtor  **ROSLAND CAPITAL LLC**
Name

Case number (*if known*) 2:26-bk-16650-BB

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ███████ | | Customer deposit | Unliquidated | | | $618,096.00 |
| 10 | ███████ | | Customer deposit | Unliquidated | | | $598,273.00 |
| 11 | ███████ | | Customer deposit | Unliquidated | | | $767,583.98 |
| 12 | ███████ | | Customer deposit | Unliquidated | | | $999,305.00 |
| 13 | ███████ | | Customer deposit | Unliquidated | | | $570,392.00 |
| 14 | ███████ | ███████ | Buyback liability | Unliquidated | | | $4,353,750.00 |
| 15 | ███████ | | Customer deposit | Unliquidated | | | $1,758,133.00 |
| 16 | ███████ | ███████ | Customer deposit | Unliquidated | | | $679,311.50 |
| 17 | ███████ | ███████ | Buyback liability | Unliquidated | | | $550,383.33 |
| 18 | ███████ | ███████ | Customer deposit | Unliquidated | | | $506,730.09 |
| 19 | ███████ | | Buyback liability and Customer Deposit | Unliquidated | | | $790,946.01 |
| 20 | ███████ | ███████ | Customer Deposit | Unliquidated | | | $469,331.86 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

75837-00002/8110908.1

## United States Bankruptcy Court
### Central District of California

In re    **Rosland Capital LLC**

Debtor(s)

Case No.    **2:26-bk-16650-BB**

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marin Aleksov**<br>**11766 Wilshire Blvd., Suite 1200**<br>**Los Angeles, CA 90049** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **07/16/2026**

Signature    *Michael Hogan*
**Michael Hogan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**NONE**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**NONE**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **San Ramon** , California.

Date: **07/16/2026**

_Michael Hogan (signature)_

**Michael Hogan**
Signature of Debtor 1

Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Rosland Capital LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:26-bk-16650-BB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*................................................................................    $    **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................    $    **660,063.35**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...............................................................................    $    **660,063.35**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **49,244,290.23**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **14,450,770.63**

4.    **Total liabilities** ...........................................................................................................
Lines 2 + 3a + 3b    $    **63,695,060.86**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rosland Capital LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:26-bk-16650-BB** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **Corporate Checking** | **5062** | **$3,551.78** |
| 3.2. | **Banc of California** | **Analyzed Business Checking** | **0058** | **$1,000.00** |
| 3.3. | **Banc of California** | **Analyzed Business Checking** | **3518** | **$0.00** |
| 3.4. | **East West Bank** | **DIP Account** | **4157** | **$197,800.52** |
| 3.5. | **Bank of America** | **Full Analysis Checking** | **7310** | **$57.19** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                            **$202,409.49**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

Debtor  **Rosland Capital LLC**  Case number *(If known)*  **2:26-bk-16650-BB**

_____ Name _____

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit on Leased office in Los Angeles, CA-Douglas Emmett 1995, LLC** | **$123,907.00** |
| 7.2. | **Deposit Account** | **$148,667.36** |
| 7.3. | **Security Deposit on leased office in Henderson, NV-St. Rose 2879, LLC** | **$22,567.36** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **PrePaid Insurance for Cyber Liability-ending 7/30/2026** | **$2,672.99** |
| 8.2. | **PrePaid Insurance for IP Liability- ending 9/27/2026** | **$8,214.43** |
| 8.3. | **PrePaid Insurance for D&O/EPLI Management Liability- ended 6/28/2026** | **$93,958.03** |
| 8.4. | **PrePaid Professional Liability E&O- ending 10/4/2026** | **$57,666.69** |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$457,653.86**

Part 3:  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.

☐ Yes Fill in the information below.

Part 4:  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

Part 5:  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **Rosland Capital LLC** | Case number *(If known)* | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

<table>
<tr><td>Part 6:</td><td><strong>Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td><strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Furniture and Fixtures; Tenant Improvement-Landmark and NV; and Electronics' Kitchen Equipment** | **$0.00** | **Liquidation** | **$0.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  **Artwork** | **Unknown** | **N/A** | **Unknown** |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

<table>
<tr><td>Part 8:</td><td><strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

<table>
<tr><td>Part 9:</td><td><strong>Real property</strong></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

| Debtor | **Rosland Capital LLC** | Case number *(If known)* **2:26-bk-16650-BB** |
|---|---|---|
| | Name | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office-11766 Wilshire Blvd., Suite 1200, Los Angeles, CA 90025- Office Building** | **Leased Office Space** | **$0.00** | N/A | **$0.00** |
| 55.2. **Office- 2879 St Rose Parkway #120, Henderson, NV 89052** | **Leased Office Space** | **$0.00** | | **$0.00** |

**56.** **Total of Part 9.**                **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations**<br>**Customer List** | **Unknown** | | **Unknown** |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**                **$0.00**

Add lines 60 through 65. Copy the total to line 89.

Debtor   **Rosland Capital LLC**
Name

Case number *(If known)* **2:26-bk-16650-BB**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

| | | |
|---|---|---|
| **Loan to Marin Aleksov** | **2,209,894.52** - **Unknown** =<br>Total face amount / doubtful or uncollectible amount | **$Unknown** |
| **Loan to Julian Aleksov** | **44,139.88** - **Unknown** =<br>Total face amount / doubtful or uncollectible amount | **$Unknown** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| **Endurance Assurance Corporation D&O Policy** | **Unknown** |
| **Lloyds of London Errors and Omissions Policy- primary** | **Unknown** |
| **North River Insurance Errors and Omissions Policy-secondary** | **Unknown** |
| **The Hartford Insurance-Package- Business** | **Unknown** |
| **Tokio Marine HCC-Cyber** | **Unknown** |
| **The Hartford Insurance-Fine Arts** | **Unknown** |

Debtor    **Rosland Capital LLC**                                Case number *(If known)*  **2:26-bk-16650-BB**
_____Name_____

**PMA Insurance Group-Collectibles- Inventory**                                                              **Unknown**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                              **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 6

Debtor   **Rosland Capital LLC**                                  Case number *(If known)*  **2:26-bk-16650-BB**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $202,409.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $457,653.86 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $660,063.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $660,063.35 |

**Fill in this information to identify the case:**

Debtor name      **Rosland Capital LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:26-bk-16650-BB**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rosland Capital LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:26-bk-16650-BB** |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>▪▪▪▪▪▪ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $124,207.86 | $3,800.00 |
| | Date or dates debt was incurred<br>**6/15/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br><br>▪▪▪▪▪▪ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $4,997.02 | $3,800.00 |
| | Date or dates debt was incurred<br>**4/6/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $150,580.63 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/7/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $118,149.73 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/6/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $33,000.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/21/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $10,000.53 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/3/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address

| As of the petition filing date, the claim is: | $12,620.52 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/25/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

| As of the petition filing date, the claim is: | $187,992.00 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/30/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

| As of the petition filing date, the claim is: | $143,908.42 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/29/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

| As of the petition filing date, the claim is: | $147,856.00 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/30/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $122,674.50 | $3,800.00 |
|---|---|---|---|---|

| Date or dates debt was incurred<br>**11/3/2025** | Basis for the claim:<br>**Customer deposit** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $45,051.60 | $3,800.00 |
|---|---|---|---|---|

| Date or dates debt was incurred<br>**3/2/2026** | Basis for the claim:<br>**Customer deposit** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $265,555.32 | $3,800.00 |
|---|---|---|---|---|

| Date or dates debt was incurred<br>**12/2/2025** | Basis for the claim:<br>**Customer deposit** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $4,161.93 | $3,800.00 |
|---|---|---|---|---|

| Date or dates debt was incurred<br>**2/25/2026** | Basis for the claim:<br>**Customer deposit** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,985.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,850.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/5/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,753.40 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,169.00 | $3,169.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.19** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $4,943.00   $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/6/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $199,976.52   $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/29/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $30,000.00   $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/7/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $58,972.00   $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/21/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.23** | Priority creditor's name and mailing address

▮▮▮▮▮▮

| | $99,254.00 | $3,800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/7/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

▮▮▮▮▮▮

| | $10,349.00 | $3,800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/4/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

▮▮▮▮▮▮

| | $20,596.10 | $3,800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

▮▮▮▮▮▮

| | $42,092.00 | $3,800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/7/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
| | Name | | |

**2.27** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$41,062.90    $3,800.00

Date or dates debt was incurred
**5/29/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$99,978.05    $3,800.00

Date or dates debt was incurred
**8/12/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$431,205.00    $3,800.00

Date or dates debt was incurred
**9/29/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$19,951.00    $3,800.00

Date or dates debt was incurred
**2/23/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | | $15,000.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**12/5/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.32 | Priority creditor's name and mailing address | | $36,501.80 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**1/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.33 | Priority creditor's name and mailing address | | $66,913.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**5/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.34 | Priority creditor's name and mailing address | | $19,928.70 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.35** Priority creditor's name and mailing address

$50,025.00    $3,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**5/21/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.36** Priority creditor's name and mailing address

$11,000.00    $3,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**11/24/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.37** Priority creditor's name and mailing address

$19,782.00    $3,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/3/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.38** Priority creditor's name and mailing address

$9,960.00    $3,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**12/18/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

### 2.39

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,472.24 | $3,800.00 |
|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
**12/24/2025**

**Basis for the claim:**
**Customer deposit**

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

### 2.40

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,735.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
**5/12/2026**

**Basis for the claim:**
**Customer deposit**

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

### 2.41

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,351.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
**1/9/2026**

**Basis for the claim:**
**Customer deposit**

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

### 2.42

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,804.50 | $3,800.00 |
|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
**12/16/2025**

**Basis for the claim:**
**Customer deposit**

**Last 4 digits of account number**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
| | Name | | | |

**2.43** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$59,992.00     $3,800.00

Date or dates debt was incurred
**4/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$54,818.00     $3,800.00

Date or dates debt was incurred
**1/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$247,225.00     $3,800.00

Date or dates debt was incurred
**10/9/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$203,937.40     $3,800.00

Date or dates debt was incurred
**6/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.47** | Priority creditor's name and mailing address

▮

| As of the petition filing date, the claim is: | $20,046.00 | $3,800.00 |

Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/17/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.48** | Priority creditor's name and mailing address

▮

As of the petition filing date, the claim is:       $100,073.50    $3,800.00

Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**5/22/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.49** | Priority creditor's name and mailing address

▮

As of the petition filing date, the claim is:       $36,000.00    $3,800.00

Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/31/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.50** | Priority creditor's name and mailing address

▮

As of the petition filing date, the claim is:       $39,923.48    $3,800.00

Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2/3/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.51** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$49,556.00    $3,800.00

Date or dates debt was incurred
**2/4/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.52** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$40,004.05    $3,800.00

Date or dates debt was incurred
**10/31/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.53** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$305,246.34    $3,800.00

Date or dates debt was incurred
**12/23/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.54** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$105,951.00    $3,800.00

Date or dates debt was incurred
**10/31/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.55** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$6,204.00      $3,800.00

Date or dates debt was incurred
**2/2/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.56** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$675,001.00      $3,800.00

Date or dates debt was incurred
**6/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.57** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$2,739.11      $2,739.11

Date or dates debt was incurred
**2/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.58** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$136,528.26      $3,800.00

Date or dates debt was incurred
**4/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.59** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$29,534.00   $3,800.00

Date or dates debt was incurred
**12/18/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.60** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$20,099.00   $3,800.00

Date or dates debt was incurred
**4/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.61** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$49,731.74   $3,800.00

Date or dates debt was incurred
**6/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.62** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$69,483.00   $3,800.00

Date or dates debt was incurred
**4/24/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,978.00 | $3,800.00 |
|---|---|---|---|---|

**Check all that apply.**
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89,836.00 | $3,800.00 |
|---|---|---|---|---|

**Check all that apply.**
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/2/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570,333.35 | $3,800.00 |
|---|---|---|---|---|

**Check all that apply.**
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/24/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,047.00 | $3,800.00 |
|---|---|---|---|---|

**Check all that apply.**
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/11/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.67** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$50,139.25    $3,800.00

Date or dates debt was incurred
**4/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.68** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$20,137.00    $3,800.00

Date or dates debt was incurred
**1/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.69** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$9,951.00    $3,800.00

Date or dates debt was incurred
**3/25/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.70** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$19,137.40    $3,800.00

Date or dates debt was incurred
**5/11/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $101,874.24 | $3,800.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>**5/5/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $9,840.00 | $3,800.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>**2/13/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $44,061.95 | $3,800.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>**12/5/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $63,047.32 | $3,800.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>**12/5/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $154,910.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/23/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $19,551.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/12/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $119,388.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/17/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $148,876.26 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/16/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,595.00 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,924.38 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/3/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,499.25 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,951.00 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.83** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$34,287.00   $3,800.00

Date or dates debt was incurred
**12/5/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.84** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$2,621.56   $2,621.56

Date or dates debt was incurred
**3/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.85** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$20,941.00   $3,800.00

Date or dates debt was incurred
**4/16/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.86** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$20,353.00   $3,800.00

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $31,969.12 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**1/22/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $193,156.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**5/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $24,991.22 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**5/15/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $8,000.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**4/28/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,091.00 | $3,091.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,075.46 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,249.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/14/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,478.19 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/30/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,702.11 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/30/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,998.32 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/4/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274,125.60 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,389.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,354.00 | $3,800.00 |
|---|---|---|---|---|

█████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/27/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96,704.50 | $3,800.00 |
|---|---|---|---|---|

█████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/25/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334,506.39 | $3,800.00 |
|---|---|---|---|---|

█████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/26/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,200.00 | $3,800.00 |
|---|---|---|---|---|

█████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/1/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

### 2.103

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209,448.38 | $3,800.00 |
|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/11/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### 2.104

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,990.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### 2.105

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102,052.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### 2.106

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,292.70 | $3,800.00 |
|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/30/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
| | Name | | | |

**2.107** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$21,539.00    $3,800.00

Date or dates debt was incurred
**3/27/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.108** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$20,513.00    $3,800.00

Date or dates debt was incurred
**12/29/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.109** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$2,561.00    $2,561.00

Date or dates debt was incurred
**2/23/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.110** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$34,741.00    $3,800.00

Date or dates debt was incurred
**6/10/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149,380.70 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/26/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,000.58 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/29/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,016.04 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,870.20 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.115** Priority creditor's name and mailing address

█████████████████

| As of the petition filing date, the claim is: | $22,161.00 | $3,800.00 |
|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/22/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.116** Priority creditor's name and mailing address

█████████████████

| As of the petition filing date, the claim is: | $7,511.00 | $3,800.00 |
|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.117** Priority creditor's name and mailing address

█████████████████

| As of the petition filing date, the claim is: | $89,564.50 | $3,800.00 |
|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/6/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.118** Priority creditor's name and mailing address

█████████████████

| As of the petition filing date, the claim is: | $502,490.70 | $3,800.00 |
|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

### 2.119

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110,902.00 | $3,800.00 |
|---|---|---|---|
| ▮▮▮ (redacted) | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**6/1/2026** | Basis for the claim:<br>**Customer deposit** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.120

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,005.25 | $3,800.00 |
|---|---|---|---|
| ▮▮▮ (redacted) | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**3/9/2026** | Basis for the claim:<br>**Customer deposit** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.121

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,171.76 | $3,800.00 |
|---|---|---|---|
| ▮▮▮ (redacted) | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**11/3/2025** | Basis for the claim:<br>**Customer deposit** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.122

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,302.40 | $3,800.00 |
|---|---|---|---|
| ▮▮▮ (redacted) | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**12/16/2025** | Basis for the claim:<br>**Customer deposit** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.123** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $66,570.56 $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.124** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $6,900.00 $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/19/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.125** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $99,871.60 $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.126** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $136,726.00 $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/7/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

### 2.127

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,301.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/21/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

### 2.128

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,990.50 | $3,800.00 |
|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/16/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

### 2.129

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,738.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/10/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

### 2.130

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231,451.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **9/18/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,751.00 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/19/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,924.38 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/3/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248,563.04 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/30/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,017.00 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/9/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188,839.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
□ Contingent
■ Unliquidated
□ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/15/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
□ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,625.08 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
□ Contingent
■ Unliquidated
□ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/20/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
□ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,033.52 | $3,033.52 |
|---|---|---|---|---|

*Check all that apply.*
□ Contingent
■ Unliquidated
□ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/30/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
□ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68,399.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
□ Contingent
■ Unliquidated
□ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **6/11/2025** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
□ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.139** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$69,117.58**  **$3,800.00**
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/6/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.140** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$5,000.00**  **$3,800.00**
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.141** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$19,999.32**  **$3,800.00**
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/22/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.142** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$125,208.80**  **$3,800.00**
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/21/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.143** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$90,293.67    $3,800.00

Date or dates debt was incurred
**1/14/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.144** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$19,951.00    $3,800.00

Date or dates debt was incurred
**3/19/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.145** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$916,880.00    $3,800.00

Date or dates debt was incurred
**11/6/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.146** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$41,999.93    $3,800.00

Date or dates debt was incurred
**10/24/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|--------|-------------------------|------------------------|----------------------|
|        | Name                    |                        |                      |

**2.147** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$248,962.40     $3,800.00

Date or dates debt was incurred
**5/28/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.148** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$24,931.00     $3,800.00

Date or dates debt was incurred
**2/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.149** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$24,339.12     $3,800.00

Date or dates debt was incurred
**6/16/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.150** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$81,038.10     $3,800.00

Date or dates debt was incurred
**12/11/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.151** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: | $10,229.00 | $3,800.00

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: | $103,657.68 | $3,800.00

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: | $10,745.00 | $3,800.00

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/30/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: | $63,943.40 | $3,800.00

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/20/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.155** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$74,779.00    $3,800.00

Date or dates debt was incurred
**12/10/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.156** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$21,341.00    $3,800.00

Date or dates debt was incurred
**3/16/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.157** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$2,455.00    $2,455.00

Date or dates debt was incurred
**1/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.158** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

$392,253.00    $3,800.00

Date or dates debt was incurred
**9/19/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.159** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447,142.00 | $3,800.00

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/14/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.160** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,307.00 | $3,800.00

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2/26/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.161** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527,541.10 | $3,800.00

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/11/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.162** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,384.00 | $3,800.00

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/30/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Rosland Capital LLC** | | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $849,110.00 | $3,800.00 |
| | Date or dates debt was incurred **9/26/2025** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $10,346.00 | $3,800.00 |
| | Date or dates debt was incurred **3/16/2026** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $20,837.80 | $3,800.00 |
| | Date or dates debt was incurred **10/23/2025** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $50,593.62 | $3,800.00 |
| | Date or dates debt was incurred **11/26/2025** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.167** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$100,114.84    $3,800.00

Date or dates debt was incurred
**1/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.168** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$3,073.00    $3,073.00

Date or dates debt was incurred
**8/25/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.169** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$8,317.40    $3,800.00

Date or dates debt was incurred
**7/31/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.170** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$3,015.60    $3,015.60

Date or dates debt was incurred
**1/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.171** | Priority creditor's name and mailing address

█████████

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$74,457.93   $3,800.00

Date or dates debt was incurred
**11/3/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172** | Priority creditor's name and mailing address

█████████

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$272,887.74   $3,800.00

Date or dates debt was incurred
**10/9/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173** | Priority creditor's name and mailing address

█████████

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$9,997.50   $3,800.00

Date or dates debt was incurred
**1/22/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174** | Priority creditor's name and mailing address

█████████

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$20,059.00   $3,800.00

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.175 | Priority creditor's name and mailing address | | $400,425.93 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.176 | Priority creditor's name and mailing address | | $14,792.60 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.177 | Priority creditor's name and mailing address | | $19,999.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.178 | Priority creditor's name and mailing address | | $6,204.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/26/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464,252.50 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/8/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,289.59 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/2/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,772.95 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/13/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,450.50 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/11/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.183**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$19,950.09     $3,800.00

Date or dates debt was incurred
**1/14/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.184**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$99,871.60     $3,800.00

Date or dates debt was incurred
**4/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.185**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$3,161.20     $3,161.20

Date or dates debt was incurred
**5/1/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.186**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$220,748.59     $3,800.00

Date or dates debt was incurred
**2/27/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
| | Name | | | |

---

**2.187** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108,945.38 | $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.188** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,861.00 | $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/15/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.189** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,600.00 | $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.190** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,099.00 | $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|

Name

**2.191** Priority creditor's name and mailing address

[redacted]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$134,421.92    $3,800.00

Date or dates debt was incurred
**4/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.192** Priority creditor's name and mailing address

[redacted]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$99,188.10    $3,800.00

Date or dates debt was incurred
**12/29/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.193** Priority creditor's name and mailing address

[redacted]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$59,403.41    $3,800.00

Date or dates debt was incurred
**2/24/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.194** Priority creditor's name and mailing address

[redacted]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$4,871.00    $3,800.00

Date or dates debt was incurred
**12/15/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.195** Priority creditor's name and mailing address

███████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$21,329.00     $3,800.00

Date or dates debt was incurred
**5/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.196** Priority creditor's name and mailing address

███████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$70,558.95     $3,800.00

Date or dates debt was incurred
**2/4/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.197** Priority creditor's name and mailing address

███████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$101,128.00     $3,800.00

Date or dates debt was incurred
**4/27/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.198** Priority creditor's name and mailing address

███████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$50,069.37     $3,800.00

Date or dates debt was incurred
**10/20/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $37,198.39 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/4/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $10,071.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**5/14/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $188,276.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/1/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $50,681.28 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/8/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $474,899.44 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/16/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,996.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199,800.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/1/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,094.16 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/11/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $4,999.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/16/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $49,931.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/15/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $198,982.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/27/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $199,683.20 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/25/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142,227.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,781.18 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/17/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122,629.30 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/14/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,624.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/26/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,822.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/27/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,526.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/11/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,656.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **8/22/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,959.88 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/14/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.219** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$39,836.01      $3,800.00

Date or dates debt was incurred
**11/3/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.220** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$55,387.50      $3,800.00

Date or dates debt was incurred
**2/24/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.221** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$128,098.74      $3,800.00

Date or dates debt was incurred
**6/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.222** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$183,942.00      $3,800.00

Date or dates debt was incurred
**12/10/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $50,803.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/20/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $618,096.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/9/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $24,332.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/20/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $20,102.56 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/25/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.227** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$2,585.92    $2,585.92

Date or dates debt was incurred
**2/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$9,970.00    $3,800.00

Date or dates debt was incurred
**2/4/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$25,047.00    $3,800.00

Date or dates debt was incurred
**12/11/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.230** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$20,278.86    $3,800.00

Date or dates debt was incurred
**1/30/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.231** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $15,294.00    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.232** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $2,638.36    $2,638.36
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/3/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.233** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $100,788.00    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.234** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $99,389.00    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/15/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

### 2.235

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $3,800.00 |
|---|---|---|---|
| ▮ | Check all that apply. | | |
| | ☐ Contingent | | |
| | ▮ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/20/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

▮ No

☐ Yes

### 2.236

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,271.00 | $3,800.00 |
|---|---|---|---|
| ▮ | Check all that apply. | | |
| | ☐ Contingent | | |
| | ▮ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/10/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

▮ No

☐ Yes

### 2.237

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,245.00 | $3,800.00 |
|---|---|---|---|
| ▮ | Check all that apply. | | |
| | ☐ Contingent | | |
| | ▮ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/30/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

▮ No

☐ Yes

### 2.238

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,013.00 | $3,800.00 |
|---|---|---|---|
| ▮ | Check all that apply. | | |
| | ☐ Contingent | | |
| | ▮ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/9/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

▮ No

☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.239** | Priority creditor's name and mailing address

██████████████████
█████████████

| | $52,383.00 | $3,800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/4/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.240** | Priority creditor's name and mailing address

██████████████████
███████████

| | $66,488.88 | $3,800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/3/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.241** | Priority creditor's name and mailing address

██████████████
█████████

| | $10,171.75 | $3,800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/27/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.242** | Priority creditor's name and mailing address

██████████████████
███████████

| | $2,686.96 | $2,686.96 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,004.47 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351,008.56 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,078.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/19/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,849.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.247** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355,096.00 | $3,800.00

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**9/30/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.248** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,945.00 | $3,800.00

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/2/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.249** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,501.15 | $3,800.00

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.250** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,628.44 | $3,800.00

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**11/10/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
| | Name | | | |

**2.251**  Priority creditor's name and mailing address

▮▮▮▮▮▮▮▮▮

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$138,635.00    $3,800.00

Date or dates debt was incurred
**6/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.252**  Priority creditor's name and mailing address

▮▮▮▮▮▮▮▮▮

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$99,537.60    $3,800.00

Date or dates debt was incurred
**10/21/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.253**  Priority creditor's name and mailing address

▮▮▮▮▮▮▮▮▮

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$149,805.68    $3,800.00

Date or dates debt was incurred
**3/25/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.254**  Priority creditor's name and mailing address

▮▮▮▮▮▮▮▮▮

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$35,287.00    $3,800.00

Date or dates debt was incurred
**11/18/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.255** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$23,351.00     $3,800.00

Date or dates debt was incurred
**12/23/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.256** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$19,961.00     $3,800.00

Date or dates debt was incurred
**3/16/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.257** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$199,446.71     $3,800.00

Date or dates debt was incurred
**11/17/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.258** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$50,449.00     $3,800.00

Date or dates debt was incurred
**5/14/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,629.00 | $3,800.00 |
|---|---|---|---|---|
| | ███████████ | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**1/15/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,298.04 | $3,800.00 |
|---|---|---|---|---|
| | ███████████ | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,098.00 | $3,800.00 |
|---|---|---|---|---|
| | ███████████ | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**6/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,982.28 | $3,800.00 |
|---|---|---|---|---|
| | ███████████ | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**1/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.263** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$12,692.65   $3,800.00

Date or dates debt was incurred
**3/26/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.264** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$88,058.00   $3,800.00

Date or dates debt was incurred
**9/17/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.265** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$10,053.28   $3,800.00

Date or dates debt was incurred
**12/31/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.266** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$9,946.60   $3,800.00

Date or dates debt was incurred
**2/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.267** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$19,987.96     $3,800.00

Date or dates debt was incurred
**4/28/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.268** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$5,281.26     $3,800.00

Date or dates debt was incurred
**5/7/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.269** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$50,096.00     $3,800.00

Date or dates debt was incurred
**2/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.270** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$23,213.60     $3,800.00

Date or dates debt was incurred
**2/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.271** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $49,035.20    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/3/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $281,677.40    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/27/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $8,893.25    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/18/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.274** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $15,592.00    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/4/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,702.68 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/14/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,932.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,866.68 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2/18/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,902.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.279** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$49,848.00    $3,800.00

Date or dates debt was incurred
**2/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.280** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$62,280.90    $3,800.00

Date or dates debt was incurred
**12/22/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.281** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$24,853.75    $3,800.00

Date or dates debt was incurred
**1/14/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.282** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$116,702.82    $3,800.00

Date or dates debt was incurred
**5/22/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.283** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:          $10,391.00   $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.284** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:          $25,313.00   $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/25/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.285** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:          $80,000.00   $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/7/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.286** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:          $99,734.25   $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/3/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.287** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$22,879.06    $3,800.00

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.288** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$598,273.00    $3,800.00

Date or dates debt was incurred
**4/7/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.289** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$197,467.50    $3,800.00

Date or dates debt was incurred
**6/11/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.290** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$75,279.00    $3,800.00

Date or dates debt was incurred
**12/29/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.291** Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$5,404.00**   **$3,800.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.292** Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$22,515.88**   **$3,800.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.293** Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$162,162.00**   **$3,800.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/14/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.294** Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$249,488.00**   **$3,800.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/27/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $30,177.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**3/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $28,132.60 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**6/16/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $102,727.52 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**2/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $7,189.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**3/23/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,225.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/16/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142,213.50 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199,875.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/11/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,992.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/7/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
| | Name | | | |

**2.303** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,060.00 | $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.304** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,196.00 | $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.305** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,169.60 | $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.306** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178,091.35 | $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/22/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.307** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$147,381.00**   **$3,800.00**

Date or dates debt was incurred
**11/20/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.308** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$30,949.00**   **$3,800.00**

Date or dates debt was incurred
**1/14/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.309** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$81,273.26**   **$3,800.00**

Date or dates debt was incurred
**1/26/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.310** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$195,098.50**   **$3,800.00**

Date or dates debt was incurred
**4/22/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334,206.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/23/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,279.48 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767,583.98 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/19/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109,761.93 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/7/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $99,755.00 | $3,800.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>**5/20/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $56,771.02 | $3,800.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>**4/17/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $49,888.00 | $3,800.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>**8/27/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $30,143.00 | $3,800.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>**3/5/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $9,477.95 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **6/3/2026** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $49,973.40 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2/19/2026** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $99,519.98 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **1/29/2026** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $43,268.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **11/7/2025** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,191.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/21/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,972.06 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/5/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,951.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/6/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,204.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/2/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153,049.00 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/14/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,719.34 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/10/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,562.28 | $2,562.28 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/20/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228,832.99 | $3,800.00 |

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/17/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $999,305.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/24/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,898.40 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/15/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177,698.71 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/3/2025** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,087.92 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/2/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

---

**2.335** Priority creditor's name and mailing address

▮▮▮▮

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$62,900.00   $3,800.00

Date or dates debt was incurred
**1/2/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.336** Priority creditor's name and mailing address

▮▮▮▮

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$99,218.67   $3,800.00

Date or dates debt was incurred
**4/1/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.337** Priority creditor's name and mailing address

▮▮▮▮

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$570,392.00   $3,800.00

Date or dates debt was incurred
**9/22/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.338** Priority creditor's name and mailing address

▮▮▮▮

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$350,432.00   $3,800.00

Date or dates debt was incurred
**5/4/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,590.16 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/31/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,481.96 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/12/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232,707.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/28/2025** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,203.20 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/15/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,492.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/4/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/30/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,716.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/17/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,598.00 | $3,800.00 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/10/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,924.38 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/25/2025** | **Customer deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,979.44 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/17/2026** | **Customer deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,832.50 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/30/2026** | **Customer deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $399,518.31 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/28/2025** | **Customer deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $50,078.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/15/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $50,025.16 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/8/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $14,877.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/13/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $9,868.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/16/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.355** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$30,951.72   $3,800.00

Date or dates debt was incurred
**11/26/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.356** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$12,022.78   $3,800.00

Date or dates debt was incurred
**3/2/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.357** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$249,240.00   $3,800.00

Date or dates debt was incurred
**12/10/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.358** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$29,379.31   $3,800.00

Date or dates debt was incurred
**10/16/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800,000.00 | $3,800.00 |

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **5/2/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,091.20 | $3,091.20 |

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **3/23/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123,380.56 | $3,800.00 |

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **10/6/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,700.00 | $3,800.00 |

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **5/21/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor   **Rosland Capital LLC**                                    Case number (if known)   **2:26-bk-16650-BB**
_____Name_____

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $19,939.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**12/12/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $25,969.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**2/3/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $20,527.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**5/8/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $100,630.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**4/22/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.367** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $189,053.00    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/22/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.368** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $8,951.14    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/22/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.369** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $22,625.50    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.370** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $71,190.00    $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.371 | Priority creditor's name and mailing address<br><br>[redacted] | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $5,026.00 | $3,800.00 |
| | Date or dates debt was incurred<br>**10/22/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.372 | Priority creditor's name and mailing address<br><br>[redacted] | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $79,306.00 | $3,800.00 |
| | Date or dates debt was incurred<br>**11/3/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.373 | Priority creditor's name and mailing address<br><br>[redacted] | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $150,040.35 | $3,800.00 |
| | Date or dates debt was incurred<br>**1/7/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.374 | Priority creditor's name and mailing address<br><br>[redacted] | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $11,151.00 | $3,800.00 |
| | Date or dates debt was incurred<br>**1/22/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,151.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/19/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97,576.79 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,368.44 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,954.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.379** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$10,000.00   $3,800.00

Date or dates debt was incurred
**2/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.380** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$329,944.27   $3,800.00

Date or dates debt was incurred
**7/22/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.381** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$50,730.00   $3,800.00

Date or dates debt was incurred
**2/3/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.382** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$54,981.86   $3,800.00

Date or dates debt was incurred
**3/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $99,540.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/21/2025** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $10,066.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/27/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $5,849.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/29/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $10,860.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**6/8/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

### 2.387

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,801.00 | $3,800.00 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/21/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

### 2.388

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,988.00 | $3,800.00 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/1/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

### 2.389

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,908.28 | $3,800.00 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/13/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

### 2.390

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,035.56 | $3,035.56 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/24/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $88,816.00 | $3,800.00 |
| --- | --- | --- | --- | --- |

| Date or dates debt was incurred<br>**1/8/2026** | Basis for the claim:<br>**Customer deposit** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $25,031.00 | $3,800.00 |
| --- | --- | --- | --- | --- |

| Date or dates debt was incurred<br>**2/5/2026** | Basis for the claim:<br>**Customer deposit** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $10,532.00 | $3,800.00 |
| --- | --- | --- | --- | --- |

| Date or dates debt was incurred<br>**4/20/2026** | Basis for the claim:<br>**Customer deposit** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $19,633.00 | $3,800.00 |
| --- | --- | --- | --- | --- |

| Date or dates debt was incurred<br>**4/1/2026** | Basis for the claim:<br>**Customer deposit** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.395** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $99,128.00  $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.396** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $219,630.12  $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/29/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.397** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $50,000.00  $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.398** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $358,680.00  $3,800.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/29/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $52,376.00 | $3,800.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**4/9/2026** | Basis for the claim:<br>**Customer deposit** | | |
|---|---|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $4,968.50 | $3,800.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**1/30/2026** | Basis for the claim:<br>**Customer deposit** | | |
|---|---|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $107,768.04 | $3,800.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**2/13/2026** | Basis for the claim:<br>**Customer deposit** | | |
|---|---|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $20,351.00 | $3,800.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**1/31/2026** | Basis for the claim:<br>**Customer deposit** | | |
|---|---|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249,507.88 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/29/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396,765.60 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/3/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124,514.06 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/7/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,941.00 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.407**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,380.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/16/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.408**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,502.86 | $3,800.00 |
|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/25/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.409**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,399.52 | $3,800.00 |
|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/7/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.410**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406,656.00 | $3,800.00 |
|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **9/15/2025** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95,358.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/17/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,049.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/21/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,758,133.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/18/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,858.72 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/19/2026** | **Customer deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.415** Priority creditor's name and mailing address

[REDACTED]

Date or dates debt was incurred
**10/27/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

$99,630.80    $3,800.00

---

**2.416** Priority creditor's name and mailing address

[REDACTED]

Date or dates debt was incurred
**3/13/2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

$345,350.84    $3,800.00

---

**2.417** Priority creditor's name and mailing address

[REDACTED]

Date or dates debt was incurred
**3/9/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

$53,644.00    $3,800.00

---

**2.418** Priority creditor's name and mailing address

[REDACTED]

Date or dates debt was incurred
**5/29/2026**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Customer deposit**

Is the claim subject to offset?
■ No
☐ Yes

$19,392.61    $3,800.00

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $37,700.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**6/16/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $429,692.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**10/14/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $260,218.80 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**12/11/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $3,915.00 | $3,800.00 |
|---|---|---|---|---|

Date or dates debt was incurred
**2/27/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,794.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/26/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109,521.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/29/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,528.22 | $2,528.22 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,650.60 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/18/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.427** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$55,649.00      $3,800.00

Date or dates debt was incurred
**2/23/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.428** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$39,975.90      $3,800.00

Date or dates debt was incurred
**5/7/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.429** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$99,960.00      $3,800.00

Date or dates debt was incurred
**12/18/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.430** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$10,316.00      $3,800.00

Date or dates debt was incurred
**11/24/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.431** Priority creditor's name and mailing address

▓▓▓▓▓▓▓

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$679,311.50     $3,800.00

Date or dates debt was incurred
**5/22/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.432** Priority creditor's name and mailing address

▓▓▓▓▓▓▓

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$299,706.00     $3,800.00

Date or dates debt was incurred
**11/4/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.433** Priority creditor's name and mailing address

▓▓▓▓▓▓▓

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$10,161.18     $3,800.00

Date or dates debt was incurred
**4/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.434** Priority creditor's name and mailing address

▓▓▓▓▓▓▓

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$70,980.00     $3,800.00

Date or dates debt was incurred
**11/10/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
| | Name | | | |

**2.435** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$9,951.00      $3,800.00

Date or dates debt was incurred
**2/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.436** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$59,516.66      $3,800.00

Date or dates debt was incurred
**2/17/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.437** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$70,252.00      $3,800.00

Date or dates debt was incurred
**1/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.438** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$24,385.00      $3,800.00

Date or dates debt was incurred
**1/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor  **Rosland Capital LLC**
Name

Case number (if known)  **2:26-bk-16650-BB**

---

**2.439** | Priority creditor's name and mailing address

| As of the petition filing date, the claim is: | $19,535.00 | $3,800.00 |
| Check all that apply. | | |

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/23/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.440** | Priority creditor's name and mailing address

| As of the petition filing date, the claim is: | $215,171.00 | $3,800.00 |
| Check all that apply. | | |

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/28/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.441** | Priority creditor's name and mailing address

| As of the petition filing date, the claim is: | $199,686.00 | $3,800.00 |
| Check all that apply. | | |

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/10/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.442** | Priority creditor's name and mailing address

| As of the petition filing date, the claim is: | $6,910.54 | $3,800.00 |
| Check all that apply. | | |

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,049.00 | $3,049.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/6/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,974.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,720.49 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/24/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,845.00 | $3,800.00 |
|---|---|---|---|---|

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/27/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $19,831.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **3/31/2026** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $4,037.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **3/26/2026** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $39,808.50 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **1/30/2026** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $39,905.69 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **9/15/2025** | Basis for the claim: **Customer deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $506,730.09 | $3,800.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred **1/16/2025** | Basis for the claim: **Customer deposit** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $10,054.80 | $3,800.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred **4/27/2026** | Basis for the claim: **Customer deposit** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $75,492.00 | $3,800.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred **12/22/2025** | Basis for the claim: **Customer deposit** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | $10,062.00 | $3,800.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred **12/16/2025** | Basis for the claim: **Customer deposit** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

### 2.455

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,875.66 | $3,800.00 |
|---|---|---|---|
| ██████████████ | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ■ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/13/2026** | **Customer deposit** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

### 2.456

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99,901.00 | $3,800.00 |
|---|---|---|---|
| ██████████████ | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ■ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/3/2026** | **Customer deposit** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

### 2.457

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,106.38 | $3,800.00 |
|---|---|---|---|
| ██████████████ | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ■ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/12/2025** | **Customer deposit** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

### 2.458

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,813.00 | $3,800.00 |
|---|---|---|---|
| ██████████████ | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ■ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/18/2026** | **Customer deposit** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56,031.60 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/10/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142,461.43 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,995.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/2/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368,550.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/20/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,670.89 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/9/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177,583.55 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **11/11/2025** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,574.80 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/29/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469,331.86 | $3,800.00 |
|---|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/2/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**2.467** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$12,858.00   $3,800.00

Date or dates debt was incurred
**5/28/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.468** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$40,635.36   $3,800.00

Date or dates debt was incurred
**1/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.469** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$20,041.90   $3,800.00

Date or dates debt was incurred
**5/12/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.470** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$26,208.00   $3,800.00

Date or dates debt was incurred
**6/8/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**2.471** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$50,738.00     $3,800.00

Date or dates debt was incurred
**5/13/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.472** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$136,928.51     $3,800.00

Date or dates debt was incurred
**3/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.473** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$9,993.00     $3,800.00

Date or dates debt was incurred
**2/5/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.474** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$26,531.00     $3,800.00

Date or dates debt was incurred
**10/23/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

---

**2.475** | Priority creditor's name and mailing address | | $20,251.00 | $3,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/23/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.476** | Priority creditor's name and mailing address | | $5,170.80 | $3,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/9/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.477** | Priority creditor's name and mailing address | | $199,098.50 | $3,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/21/2026**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.478** | Priority creditor's name and mailing address | | $165,000.00 | $3,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/18/2025**

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,500.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/22/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,081.50 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/25/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,945.00 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/26/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,268.24 | $3,800.00 |
|---|---|---|---|---|

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/5/2026** | **Customer deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $2,679.28 | $2,679.28 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/10/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $69,418.00 | $3,800.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/6/2026** | Basis for the claim:<br>**Customer deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**2x Solutions LLC**<br>**1990 S Bundy Dr**<br>**Los Angeles, CA 90025**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Advertising**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.2 | Nonpriority creditor's name and mailing address<br>**ABM Parking Services Inc Landmark**<br>**11766 Wilshire Blvd**<br>**Parking Office Suite 401**<br>**Los Angeles, CA 90025**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Office parking**<br>Is the claim subject to offset? ■ No ☐ Yes | $13,644.00 |
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Buyback liability**<br>Is the claim subject to offset? ■ No ☐ Yes | $99,630.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $443,476.26 |
|---|---|---|---|
| | **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Credit card expense__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.00 |
|---|---|---|---|
| | ████████████ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Buyback liability__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,680.00 |
|---|---|---|---|
| | ████████████ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Buyback liability__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,500.00 |
|---|---|---|---|
| | ████████████ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Buyback liability__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,386.00 |
|---|---|---|---|
| | ████████████ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Buyback liability__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $443,244.06 |
|---|---|---|---|
| | ████████████ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Buyback liability__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Bing**<br>**1 Microsoft Way**<br>**Redmond, WA 98052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Advertising__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**3.11** Nonpriority creditor's name and mailing address
**Blikket**
**9854 National Blvd**
**Los Angeles, CA 90034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $562.10
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $399,950.00
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $62.00
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
**Bromfield Car Service**
**PO Box 45681**
**Los Angeles, CA 90045**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $480.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transportation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $36,264.78
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $60,164.00
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414,000.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.87**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,877.14**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$594.60**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Celebrity Consultants LLC**
**16255 Ventura Blvd**
**Ste 625**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,047.64**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,241.23**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.25** | Nonpriority creditor's name and mailing address | $99,900.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | $213,100.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | Unknown

**Cheq Technologies Inc**
**22 West 19th Street**
**9th Floor**
**New York, NY 10011**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | $16,627.50

**Cimplifi**
**PO Box 644722**
**Pittsburg, PA 15264**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Legal - SEC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | $102,150.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | $192.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | $161,268.66

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,322.62**

**Cox Business NV**
**PO Box 53262**
**Phoenix, AZ 85072**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,149.10**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,450.00**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203,060.00**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,680.00**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,211.82**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,575.98**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.39 Nonpriority creditor's name and mailing address**

$237.20

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40 Nonpriority creditor's name and mailing address**

$27,451.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41 Nonpriority creditor's name and mailing address**

$97,230.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42 Nonpriority creditor's name and mailing address**

$85,034.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43 Nonpriority creditor's name and mailing address**

$271,250.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44 Nonpriority creditor's name and mailing address**

$98,032.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45 Nonpriority creditor's name and mailing address**

**Deborah Miller**
**Miller and Company Management**
**9255 Sunset Blvd Suite 500**
**Los Angeles, CA 90069**

Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Advertising**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.46** Nonpriority creditor's name and mailing address

**Delaware Depository Service**
**3601 North Market Street**
**Wilmington, DE 19802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory storage**

Is the claim subject to offset? ■ No ☐ Yes

**$295.84**

---

**3.47** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$20,922.56**

---

**3.48** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$99,990.00**

---

**3.49** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$484.69**

---

**3.50** Nonpriority creditor's name and mailing address

**Douglas Emmett 1995 LLC**
**11766 Wilshire Blvd**
**Suite 401**
**Los Angeles, CA 90025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$54,673.88**

---

**3.51** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$59,800.00**

---

**3.52** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$49,654.00**

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.84 |
| | ▮▮▮▮▮ | ☐ Contingent | |
| | | ☑ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Buyback liability** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98,900.00 |
| | ▮▮▮▮▮ | ☐ Contingent | |
| | | ☑ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Buyback liability** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Federal Express**<br>**PO Box 7221**<br>**Pasadena, CA 91109** | As of the petition filing date, the claim is: *Check all that apply.* | $781.28 |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Postage** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**First Orion Corp**<br>**520 Main Street**<br>**Ste 400**<br>**North Little Rock, AR 72114** | As of the petition filing date, the claim is: *Check all that apply.* | $4,606.59 |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Telephone** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,478.00 |
| | ▮▮▮▮▮ | ☐ Contingent | |
| | | ☑ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Buyback liability** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Fox News Network LLC**<br>**PO Box 27128**<br>**Concord, CA 94520** | As of the petition filing date, the claim is: *Check all that apply.* | $1,986,389.15 |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Advertising** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,912.81 |
| | ▮▮▮▮▮ | ☐ Contingent | |
| | | ☑ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Buyback liability** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.60** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$38,323.70

---

**3.61** Nonpriority creditor's name and mailing address
**Frontier**
**Landmark Backup**
**PO Box 740407**
**Cincinnati, OH 45274**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Telephone**

Is the claim subject to offset? ■ No ☐ Yes

$2,199.85

---

**3.62** Nonpriority creditor's name and mailing address
**Frontier**
**Fax Lns Landmark**
**PO Box 740407**
**Cincinnati, OH 45274**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Telephone**

Is the claim subject to offset? ■ No ☐ Yes

$331.60

---

**3.63** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$43,109.00

---

**3.64** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$98,974.00

---

**3.65** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$1,676.98

---

**3.66** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$59,805.00

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GODADDYCOM LLC**
**100 S Mill Ave**
**Suite 1600**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Google Inc**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,345.12**

[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$257,945.00**

[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,046.60**

[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$622.50**

**Hirschfeld Kraemer LLP**
**456 Montgomery Street**
**Suite 2200**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal - HR**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|--------|-------------------------|------------------------|----------------------|
|        | Name                    |                        |                      |

**3.74** | **Nonpriority creditor's name and mailing address**

[REDACTED]

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$60,750.00**

---

**3.75** | **Nonpriority creditor's name and mailing address**

**Honey Well Store Inc**
**855 S Mint Street**
**Charlotte, NC 28202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.76** | **Nonpriority creditor's name and mailing address**

**InterImage Productions Inc**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.77** | **Nonpriority creditor's name and mailing address**

**InterMedia Advertising Inc**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.78** | **Nonpriority creditor's name and mailing address**

**InterMedia Entertainment**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$6,250.00**

---

**3.79** | **Nonpriority creditor's name and mailing address**

**InterMedia Entertainment**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80** | **Nonpriority creditor's name and mailing address**

**InterPost Productions**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**InterPost Productions**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J Scott Smith**
**307 Hill Street**
**No 4**
**Santa Monica, CA 90405**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,905.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$218.08** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,905.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,236.88** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.88 Nonpriority creditor's name and mailing address**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$9,164.96**

---

**3.89 Nonpriority creditor's name and mailing address**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$59,859.00**

---

**3.90 Nonpriority creditor's name and mailing address**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$200,644.80**

---

**3.91 Nonpriority creditor's name and mailing address**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$245,250.00**

---

**3.92 Nonpriority creditor's name and mailing address**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$30,228.00**

---

**3.93 Nonpriority creditor's name and mailing address**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$75,140.00**

---

**3.94 Nonpriority creditor's name and mailing address**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

**$33,210.00**

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.95** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*   $50,402.51
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*   $98,032.00
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*   $285,000.00
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*   $99,682.00
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*   $6,101.04
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*   $255,090.00
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*   $24,309.47
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|

Name

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,865.42**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,077.68**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,320.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Klaviyo**
**125 Summer Street**
**Floor 6**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,552.77**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,015.60**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Legends Experience LTD**
**Ingles Manor Castle Hill Ave**
**Folkestone, Kent CT20 2RD**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,474.24**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$701.40**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address**
**LUMEN**
**931 14th Street**
**Denver, CO 80202** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,344.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Cable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,141.85**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,945.41**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**
**Manfra Tordella and Brookes Inc**
**50 West 47th Street**
**Suite 310**
**New York, NY 10036** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rosland Capital LLC | Case number (if known) | 2:26-bk-16650-BB |
|---|---|---|---|
| | Name | | |

**3.116** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$915.50

---

**3.117** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$59,488.00

---

**3.118** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$262.16

---

**3.119** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$50,625.00

---

**3.120** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$353.50

---

**3.121** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$270.02

---

**3.122** Nonpriority creditor's name and mailing address

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

$366.05

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,356.20**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,494.00**

Matthew Poldberg
3136 Hackett Ave
Long Beach, CA 90808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,688.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Money Group LLC
Metro Office Park
Building 7 Calle 1
Suite 204
Guaynabo, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,019.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Numismatics Unlimited Inc
577A Broadway
Massapequa, NY 11758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

NVEnergy
PO Box 30150
Reno, NV 89520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Outward Agency LLC**
**1360 Raymond Ave**
**Long Beach, CA 90804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,626.20** |
|---|---|---|---|

[redacted]

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151,272.00** |
|---|---|---|---|

[redacted]

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,300.00** |
|---|---|---|---|

[redacted]

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,140.00** |
|---|---|---|---|

[redacted]

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,540.04** |
|---|---|---|---|

**PMAC**
**PO Box 965**
**Farmingdale, NY 11735**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Postage**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Primary Color Systems Inc**
**11130 Holder Street**
**Cypress, CA 90630**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.86**

**Quadient Leasing USA**
**Dept 3682**
**PO Box 123682**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Office expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,187.75**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.80**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,969.06**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,152.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,057.50**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Retirement Living**
**PO Box 735948**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.144**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$1,553,750.00**
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$209,846.00**
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$20.00**
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$25,120.00**
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$219,600.00**
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*    **$71,300.00**
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150**  **Nonpriority creditor's name and mailing address**

**RingCentral Inc**
**PO Box 734232**
**Dallas, TX 75373**

As of the petition filing date, the claim is: *Check all that apply.*    **$73.82**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Telephone**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

**3.151** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*                    $49.10

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*                    $9,010.00

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*                    $99,368.50

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*                    $419.78

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*                    $1,133.00

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

**Rosland Capital Group Hong Kong V
3905 Two Exchange Square
8 Connaught Place
Hongkong
Hongkong**

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Related party**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*                    $200.48

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,004.04** |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,503.50** |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,880.00** |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,822.00** |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,731.88** |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,517.32** |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

---

**3.165** | Nonpriority creditor's name and mailing address

**Shute Morton**
**1644 Haynes Lane**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.166** | Nonpriority creditor's name and mailing address

**Sontiq**
**9920 Franklin Square Drive**
**Suite 250**
**Nottingham, MD 21236**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$837.00**

---

**3.167** | Nonpriority creditor's name and mailing address

**Spectrum Enterprise**
**CableandWdbd**
**PO Box 60074**
**City of Industry, CA 91716**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cable**

Is the claim subject to offset? ■ No  ☐ Yes

**$245.00**

---

**3.168** | Nonpriority creditor's name and mailing address

**Spectrum Enterprises Business**
**TV Premier**
**Box 223085**
**Pittsburge, PA 15251**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cable**

Is the claim subject to offset? ■ No  ☐ Yes

**$212.25**

---

**3.169** | Nonpriority creditor's name and mailing address

**Spectrum Enterprises Fiber Internet**
**PO Box 60074**
**City of Industry, CA 91716**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Internet**

Is the claim subject to offset? ■ No  ☐ Yes

**$950.00**

---

**3.170** | Nonpriority creditor's name and mailing address

[REDACTED]

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,665.00**

---

**3.171** | Nonpriority creditor's name and mailing address

**Studio Mousetrap LLC**
**359 W 7th Street**
**San Pedro, CA 90731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | Name | | | |

**3.172** Nonpriority creditor's name and mailing address

**Tahoe Springs Water**
**3300 Meade Ave Suite B**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $374.28

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $99,591.00

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $71,734.00

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address

**The Press Room**
**18723 Napa Street**
**Northridge, CA 91324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $3,516.36

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $199,500.00

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $50,523.33

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $499,860.00

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Trust Pilot Inc**
50 West 23rd Street
Suite 1000
New York, NY 10010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,642.50** |
|---|---|---|---|

**Tucker Ellis LLP**
PO Box 74717
Cleveland, OH 44194

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Legal - lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Typecraft Inc**
2040 E Walnut St
Pasadena, CA 91107

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Unbounce**
603-401 West Georgia Street
Vancouver, BC V6B 5A1
Canada

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**UNUM Life Insurance Company of America**
PO Box 406990
Atlanta, GA 30384

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Employee Benefit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,420.00** |
|---|---|---|---|

**Vector 3 Inc**
16501 Ventura Blvd Ste 200
Encino, CA 91436

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **IT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$422,396.01** |
|---|---|---|---|

██████████

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Buyback liability**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rosland Capital LLC** | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|
| | Name | | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,727.50 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,807.20 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,045.00 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Whisp**
**934 N University Drive**
**No 246**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,060.00 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,903.00 |
|---|---|---|---|

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Buyback liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,404.00 |
|---|---|---|---|

**Wilson Elser**
**150 East 42nd Street**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Office expense**

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

Debtor    **Rosland Capital LLC**                                                  Case number (if known)    **2:26-bk-16650-BB**
_____
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **49,244,290.23** |
| **5b. Total claims from Part 2** | 5b. + $ | **14,450,770.63** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **63,695,060.86** |

**Fill in this information to identify the case:**

Debtor name   **Rosland Capital LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:26-bk-16650-BB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement** | |
| | State the term remaining | | **Assured Partners of Missouri LLC** |
| | List the contract number of any government contract | | **12645 Olive Blvd** **Suite 300** **Saint Louis, MO 63141** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease; Office Lease dated 9/26/2014** | |
| | State the term remaining | **37 Months** | **Douglas Emmett 1995 LLC** |
| | List the contract number of any government contract | | **11766 Wilshire Blvd Suite 401** **Los Angeles, CA 90025** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Service; Inform Service Agreement** | |
| | State the term remaining | **Ongoing** | **First Orion Corp** **520 Main Street** |
| | List the contract number of any government contract | | **Suite 400** **North Little Rock, AR 72114** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **William Devane-Celebrity Engagement, spokesperson Agreement** | |
| | State the term remaining | | **InterMedia Entertainment** |
| | List the contract number of any government contract | | **22120 Clarendon Street** **Woodland Hills, CA 91367** |

| Debtor 1 | Rosland Capital LLC | | Case number *(if known)* | **2:26-bk-16650-BB** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Premium Finance Agreement**

State the term remaining

List the contract number of any government contract

**IPFS Corporation of California
1055 Broadway 11th Floor
Kansas City, MO 64105**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease; Office Lease dated March 1, 2020**

State the term remaining — **31 months**

List the contract number of any government contract

**St. Rose 2879 LLC
2580 St Rose Parkway Ste 125
Henderson, NV 89074**

**Fill in this information to identify the case:**

Debtor name     **Rosland Capital LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     **2:26-bk-16650-BB**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors                                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name**   **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | Street _____ City   State   Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | Street _____ City   State   Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street _____ City   State   Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street _____ City   State   Zip Code | | ☐ D ☐ E/F ☐ G |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name   **Rosland Capital LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:26-bk-16650-BB**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | **$27,969,885.00** |
   | **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business <br> ☐ Other _____ | **$97,779,235.18** |
   | **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business <br> ☐ Other _____ | **$107,117,891.88** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

| Debtor | **Rosland Capital LLC** | | | Case number *(if known)* **2:26-bk-16650-BB** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | ■■■■■■■■ | May 5, 2026 | $25,999.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Goldstar for benefit of customer** |
| 3.2. | Google Inc<br>228 Park Ave S 85447<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | May 4, 2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | InterMedia Entertainment<br>22120 Clarendon Street<br>Woodland Hills, CA 91367 | May 4, 2026 | $13,512.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Peter Nordal<br>250 Yellow Rose Drive<br>Alta, WY 83414 | May 4, 2026 | $3,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | Sansone Companies<br>2580 St Rose Parkway<br>Suite 125<br>Henderson, NV 89052 | May 4, 2026 | $7,168.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | Blue Shield of California<br>PO Box 749415<br>Los Angeles, CA 90074 | May 4, 2026 | $56,481.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | ■■■■■■■■ | May 5, 2026 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer** |
| 3.8. | The Press Room<br>18723 Napa Street<br>Northridge, CA 91324 | May 5, 2026 | $2,251.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Rosland Capital LLC** | | Case number (if known) **2:26-bk-16650-BB** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Numismatics Unlimited Inc**<br>**577A  Broadway**<br>**Massapequa, NY 11758** | **May 5, 2026** | **$21,180.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. | ████████████ | **April 1, 2026** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. | **Generation IX Technologies Inc.**<br>**5839 Green Valley Circle**<br>**Suite 104**<br>**Culver City, CA 90230** | **May 5, 2026** | **$10,868.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. | ████████████ | **May 5, 2026** | **$14,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Distribution** |
| 3.13. | **ABM Parking Services Inc**<br>**11766 Wilshire Blvd**<br>**Parking Office Suite 401**<br>**Los Angeles, CA 90025** | **May 5, 2026** | **$15,737.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. | **Peter Nordal**<br>**250 Yellow Rose Drive**<br>**Alta, WY 83414** | **April 1, 2026** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. | **Mel Ziontz, Esq**<br>**5519 Paradise Valley Road**<br>**Hidden Hills, CA 91302** | **April 1, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. | **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **May 5, 2026** | **$16,074.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Rosland Capital LLC** | Case number *(if known)* | **2:26-bk-16650-BB** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Keep Fighting Foundation<br>co Flick Gocke Schaumburg<br>Fritz Schaffer Str 1 D 53113<br>Bonn<br>Germany** | **May 5, 2026** | **$11,917.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosaland Hong Kong** |
| 3.18. | **Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531** | **April 1, 2026** | **$800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. | **Fox News Network, LLC<br>PO Box 27128<br>Concord, CA 94520** | **April 1, 2026** | **$491,679.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. | **Numismatics Unlimited Inc<br>577A  Broadway<br>Massapequa, NY 11758** | **May 6, 2026** | **$158,300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. | **American Express Centurian<br>Box 0001<br>Los Angeles, CA 90096-8000** | **May 6, 2026** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22. | **Celebrity Consultants LLC<br>Rick Hersh President<br>16255 Ventura Blvd<br>Suite 625<br>Encino, CA 91436** | **April 1, 2026** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23. | **Numismatics Unlimited Inc<br>577A  Broadway<br>Massapequa, NY 11758** | **May 7, 2026** | **$8,940.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.24. | **Douglas Emmett 1995 LLC<br>11766 Wilshire Blvd Suite 401<br>Los Angeles, CA 90025** | **April 2, 2026** | **$55,154.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Rosland Capital LLC** | Case number *(if known)* | **2:26-bk-16650-BB** |
| --- | --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.25 | **Julian Aleksov**<br>**11766 Wilshire Blvd**<br>**Suite 1200**<br>**Los Angeles, CA 90025** | **May 7, 2026** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Distribution** |
| 3.26 | ▮▮▮▮▮▮ | **April 2, 2026** | **$23,590.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Equity for benefit of customer** |
| 3.27 | **ABM Parking Services Inc**<br>**11766 Wilshire Blvd**<br>**Parking Office Suite 401**<br>**Los Angeles, CA 90025** | **April 2, 2026** | **$15,737.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28 | **Julian Aleksov**<br>**11766 Wilshire Blvd**<br>**Suite 1200**<br>**Los Angeles, CA 90025** | **May 7, 2026** | **$34,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Distribution** |
| 3.29 | **Blue Shield of California**<br>**PO Box 749415**<br>**Los Angeles, CA 90074-9415** | **April 2, 2026** | **$56,481.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30 | **Paychex, Inc.**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | **May 7, 2026** | **$236,181.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31 | **Sansone Companies**<br>**2580 St Rose Parkway Suite 125**<br>**Henderson, NV 89052** | **April 3, 2026** | **$7,168.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.32 | **Peter Nordal**<br>**250 Yellow Rose Drive**<br>**Alta, WY 83414** | **April 6, 2026** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Rosland Capital LLC** | | | | Case number *(if known)* **2:26-bk-16650-BB** |
|---|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.33 | **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **April 6, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34 | ██████████ | **May 8, 2026** | **$145,337.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Customer- Wire to Equity for benefit of customer** |
| 3.35 | **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **April 6, 2026** | **$9,979.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36 | **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 6, 2026** | **$11,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Invoices paid for Rosland Hong Kong** |
| 3.37 | **Numismatics Unlimited Inc**<br>**577A  Broadway**<br>**Massapequa, NY 11758** | **May 8, 2026** | **$154,715.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38 | **Numismatics Unlimited Inc**<br>**577A  Broadway**<br>**Massapequa, NY 11758** | **May 8, 2026** | **$250,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39 | ██████████ | **April 7, 2026** | **$9,762.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Customer - wire to Equity for benefit of customer** |

Debtor   **Rosland Capital LLC**                                            Case number *(if known)* **2:26-bk-16650-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.40 **Numismatics Unlimited Inc**<br>577A  Broadway<br>Massapequa, NY 11758 | May 11, 2026 | $179,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.41 **Paychex Inc**<br>911 Panorama Trail South<br>Rochester, NY 14625 | April 7, 2026 | $402,940.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.42 **Generation IX Technologies, inc.**<br>5839 Green Valley Circle<br>Suite 104<br>Culver City, CA 90230 | May 11, 2026 | $10,770.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.43 **Rosland Capital Group Hong Kong**<br>Unit C 17 F United Centre<br>95 Queensway Admiralty<br>Hong Kong | April 7, 2026 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.44 **Google Inc**<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | May 11, 2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.45 **Peter Nordal**<br>250 Yellow Rose Drive<br>Alta, WY 83414 | May 12, 2026 | $3,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.46 **Rosland Capital Group Hong Kong**<br>Unit C 17 F United Centre<br>95 Queensway Admiralty<br>Hong Kong | April 7, 2026 | $27,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.47 **Manfra Tordella and Brookes Inc**<br>50 West 47th Street Suite 310<br>New York, NY 10036 | May 12, 2026 | $164,843.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Rosland Capital LLC**                                  Case number *(if known)* **2:26-bk-16650-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.48 **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 7, 2026** | **$215,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.49 **Numismatics Unlimited Inc**<br>**577A  Broadway**<br>**Massapequa, NY 11758** | **May 12, 2026** | **$28,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.50 **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **April 8, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.51 ██████████ | **May 12, 2026** | **$14,922.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer** |
| 3.52 **American Express Centurian**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **May 12, 2026** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.53 **Julian Aleksov Distributions**<br>**11766 Wilshire Blvd**<br>**Suite 1200**<br>**Los Angeles, CA 90025** | **April 8, 2026** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Distribution** |
| 3.54 **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **May 12, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.55 ██████████ | **May 14, 2026** | **$54,807.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer** |

| Debtor | **Rosland Capital LLC** | Case number *(if known)* | **2:26-bk-16650-BB** |
| --- | --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.56. | **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 8, 2026** | **$200,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.57. | **Manfra Tordella and Brookes Inc**<br>**50 West 47th Street Suite 310**<br>**New York, NY 10036** | **May 14, 2026** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.58. | ███████████ | **May 15, 2026** | **$13,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.59. | **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 9, 2026** | **$78,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.60. | **Matthew Poldberg**<br>**3136 Hackett Ave**<br>**Long Beach, CA 90808** | **May 15, 2026** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.61. | **Paychex Inc**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | **May 15, 2026** | **$43,203.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.62. | ███████████ | **April 10, 2026** | **$67,380.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Equity for benefit of customer** |

| Debtor | **Rosland Capital LLC** | | Case number *(if known)* **2:26-bk-16650-BB** |
| --- | --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.63 | **Paychex, Inc.** **911 Panorama Trail South** **Rochester, NY 14625** | **May 15, 2026** | **$112,488.41** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.64 | **Blikket** **30 N Gould St** **Sheridan, WY 82801** | **April 10, 2026** | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.65 | ███████ | **May 15, 2026** | **$14,863.03** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Employee** |
| 3.66 | **Rosland Capital Group Hong Kong** **Unit C 17 F United Centre** **95 Queensway Admiralty** **Hong Kong** | **April 10, 2026** | **$140,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Invoices paid for Rosland Hong Kong** |
| 3.67 | **Rosland Capital Group Hong Kong** **Unit C 17 F United Centre** **95 Queensway Admiralty** **Hong Kong** | **April 10, 2026** | **$175,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Invoices paid for Rosland Hong Kong** |
| 3.68 | **Peter Nordal** **250 Yellow Rose Drive** **Alta, WY 83414** | **May 18, 2026** | **$3,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.69 | **American Express Centurian** **Box 0001** **Los Angeles, CA 90096-8000** | **May 18, 2026** | **$50,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.70 | **Google Inc** **1600 Amphitheatre Parkway** **Mountain View, CA 94043** | **May 18, 2026** | **$50,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |

Debtor    **Rosland Capital LLC**    Case number *(if known)* **2:26-bk-16650-BB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.71. | **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **May 19, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72. | **Peter Nordal**<br>**250 Yellow Rose Drive**<br>**Alta, WY 83414** | **April 13, 2026** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.73. | **American Express Centurian**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **May 22, 2026** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.74. | **American Express Centurian**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **April 13, 2026** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.75. | **American Express Platinum**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **May 22, 2026** | **$12,449.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.76. | **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **May 22, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77. | **Numismatics Unlimited Inc**<br>**577A  Broadway**<br>**Massapequa, NY 11758** | **May 25, 2026** | **$7,860.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.78. | **American Express Platinum**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **April 13, 2026** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Rosland Capital LLC | Case number *(if known)* | 2:26-bk-16650-BB |
| --- | --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.79 | Peter Nordal<br>250 Yellow Rose Drive<br>Alta, WY 83414 | May 26, 2026 | $3,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80 | Google Inc<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | April 13, 2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.81 | Google Inc<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | May 26, 2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.82 | Rosland Capital Group Hong Kong<br>Unit C 17 F United Centre<br>95 Queensway Admiralty<br>Hong Kong | April 13, 2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.83 | Google Inc<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | May 26, 2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.84 | Rosland Capital Group Hong Kong<br>Unit C 17 F United Centre<br>95 Queensway Admiralty<br>Hong Kong | April 13, 2026 | $101,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.85 | Blikket<br>30 N Gould St<br>Sheridan, WY 82801 | May 28, 2026 | $16,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Rosland Capital LLC | | Case number *(if known)* | 2:26-bk-16650-BB |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.86 | **Keep Fighting Foundation co Flick Gocke Schaumburg Fritz Schaffer Str 1 D 53113 Bonn Germany** | **April 14, 2026** | $12,018.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.87 | **Paychex Inc 911 Panorama Trail South Rochester, NY 14625** | **May 29, 2026** | $49,575.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.88 | **Paychex Inc 911 Panorama Trail South Rochester, NY 14625** | **May 29, 2026** | $149,084.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.89 | ▮▮▮▮▮▮▮ | **April 15, 2026** | $194.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer** |
| 3.90 | ▮▮▮▮▮▮ | **May 31, 2026** | $92,293.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee** |
| 3.91 | ▮▮▮▮▮ | **April 15, 2026** | $13,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.92 | **Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531** | **April 15, 2026** | $11,790.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.93 | **Manfra Tordella and Brookes Inc 50 West 47th Street Suite 310 New York, NY 10036** | **June 1, 2026** | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Rosland Capital LLC** | | Case number (if known) | **2:26-bk-16650-BB** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.94. | **American Express Centurian**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **June 1, 2026** | **$281,917.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.95. | **Paychex Inc**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | **April 15, 2026** | **$123,302.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.96. | **Keep Fighting Foundation**<br>**co Flick Gocke Schaumburg**<br>**Fritz Schaffer Str 1 D 53113**<br>**Bonn**<br>**Germany** | **June 1, 2026** | **$11,855.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.97. | **Paychex Inc**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | **April 15, 2026** | **$45,235.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.98. | **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 15, 2026** | **$22,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.99. | **Matthew Poldberg**<br>**3136 Hackett Ave**<br>**Long Beach, CA 90808** | **June 2, 2026** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.100. | **First Orion Corp**<br>**520 Main Street**<br>**Suite 400**<br>**North Little Rock, AR 72114** | **April 16, 2026** | **$5,824.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.101. | **American Express Platinum**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **April 16, 2026** | **$5,960.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Rosland Capital LLC**                                      Case number (if known) **2:26-bk-16650-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10<br>2. | June 3, 2026 | $48,389.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10<br>3. **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | April 16,<br>2026 | $40,340.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Invoices paid for**<br>**Rosland Hong Kong** |
| 3.10<br>4. **Peter Nordal**<br>**250 Yellow Rose Drive**<br>**Alta, WY 83414** | June 3, 2026 | $3,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10<br>5. **Sansone Companies**<br>**2580 St Rose Parkway Suite 125**<br>**Henderson, NV 89052** | June 3, 2026 | $7,168.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10<br>6. **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | April 16,<br>2026 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for**<br>**Rosland Hong Kong** |
| 3.10<br>7. | April 17,<br>2026 | $86,120.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to**<br>**Equity for benefit of customer** |
| 3.10<br>8. **Friedman Kaplan Seller Adelman LLP**<br>**7 Times Square**<br>**New York, NY 10035-6516** | June 3, 2026 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Rosland Capital LLC** | | Case number *(if known)* **2:26-bk-16650-BB** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10 9. | April 17, 2026 | $10,363.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Equity for benefit of customer** |
| 3.11 0. | June 4, 2026 | $9,899.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer** |
| 3.11 1. | April 17, 2026 | $10,118.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Equity for benefit of customer** |
| 3.11 2. | **Blue Shield of California**<br>**PO Box 749415**<br>**Los Angeles, CA 90074-9415** | June 4, 2026 | $56,481.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11 3. | April 17, 2026 | $10,088.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Equity for benefit of customer** |
| 3.11 4. | **Formula One World Championship Ltd**<br>**No 2 St James Market**<br>**London SW1Y 4AH**<br>**United Kingdom** | June 4, 2026 | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoice paid for Rosland Hong Kong** |
| 3.11 5. | April 17, 2026 | $89,129.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Equity for benefit of customer** |

Debtor    **Rosland Capital LLC**                                    Case number *(if known)*  **2:26-bk-16650-BB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.116. | **Formula One World Championship Ltd No 2 St James Market London SW1Y 4AH United Kingdom** | **June 4, 2026** | **$75,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Invoices paid for Rosland Hong Kong** |
| 3.117. | ████████████ | **April 17, 2026** | **$20,084.64** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Customer - wire to Equity for benefit of customer** |
| 3.118. | **Manfra Tordella and Brookes Inc 50 West 47th Street Suite 310 New York, NY 10036** | **June 5, 2026** | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other __ |
| 3.119. | **Blikket 30 N Gould St Sheridan, WY 82801** | **June 5, 2026** | **$6,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other __ |
| 3.120. | **Google Inc 1600 Amphitheatre Parkway Mountain View, CA 94043** | **June 5, 2026** | **$7,688.72** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other __ |
| 3.121. | **American Express Centurian Box 0001 Los Angeles, CA 90096-8000** | **April 17, 2026** | **$100,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other __ |
| 3.122. | **Paychex Inc 911 Panorama Trail South Rochester, NY 14625** | **June 5, 2026** | **$228,023.47** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other __ |

Debtor    **Rosland Capital LLC**                                          Case number *(if known)* **2:26-bk-16650-BB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.12 3. | **Rosland Capital Group Hong Kong Unit C 17 F United Centre 95 Queensway Admiralty Hong Kong** | **April 17, 2026** | $100,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Invoices paid for Rosland Hong Kong** |
| 3.12 4. | **Greenberg Glusker LLP 2049 Century Park East Suite 2600 Los Angeles, CA 90067** | **June 8, 2026** | $50,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Bankruptcy** |
| 3.12 5. | **Peter Nordal 250 Yellow Rose Drive Alta, WY 83414** | **June 9, 2026** | $3,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |
| 3.12 6. | **Paychex, Inc. 911 Panorama Trail South Rochester, NY 14625** | **April 18, 2026** | $356.55 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |
| 3.12 7. | **Wilson Elser Moskowitz LLP 150 East 42 Street No 23 New York, NY 00010-0018** | **April 20, 2026** | $10,580.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |
| 3.12 8. | **Numismatics Unlimited Inc 577A  Broadway Massapequa, NY 11758** | **June 9, 2026** | $15,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |
| 3.12 9. | **American Express Platinum Box 0001 Los Angeles, CA 90096-8000** | **June 10, 2026** | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |
| 3.13 0. | ███████████████ | **April 20, 2026** | $25,290.04 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Customer** |

Debtor    **Rosland Capital LLC**                                        Case number *(if known)* **2:26-bk-16650-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.13 1. **Fox News Network LLC** **PO Box 27128** **Concord, CA 94520** | **June 10, 2026** | **$150,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.13 2. [redacted] | **April 20, 2026** | **$21,880.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Customer** |
| 3.13 3. [redacted] | **June 11, 2026** | **$44,196.78** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.13 4. **Google Inc** **1600 Amphitheatre Parkway** **Mountain View, CA 94043** | **June 12, 2026** | **$25,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.13 5. **Peter Nordal** **250 Yellow Rose Drive** **Alta, WY 83414** | **April 20, 2026** | **$3,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.13 6. **Google Inc** **1600 Amphitheatre Parkway** **Mountain View, CA 94043** | **April 20, 2026** | **$25,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.13 7. **IPFS Corporation of California** **PO Box 412086** **Kansas City, MO 64141-2086** | **June 15, 2026** | **$1,873.78** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.13 8. **Rosland Capital Group Hong Kong** **Unit C 17 F United Centre** **95 Queensway Admiralty** **Hong Kong** | **April 20, 2026** | **$250,050.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Invoices paid for Rosland Hong Kong** |

Debtor   **Rosland Capital LLC**                                  Case number *(if known)*  **2:26-bk-16650-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.139. ▮▮▮ | April 21, 2026 | $30,096.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Equity for benefit of customer** |
| 3.140. **IPFS Corporation of California**<br>**PO Box 412086**<br>**Kansas City, MO 64141-2086** | June 15, 2026 | $10,274.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.141. **Paychex Inc**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | June 15, 2026 | $137,953.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.142. ▮▮▮ | April 21, 2026 | $38,002.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer - wire to Equity for benefit of customer** |
| 3.143. **Paychex Inc**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | June 15, 2026 | $29,439.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.144. **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | June 16, 2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.145. **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | April 21, 2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.146. **Peter Nordal**<br>**250 Yellow Rose Drive**<br>**Alta, WY 83414** | June 17, 2026 | $3,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Rosland Capital LLC**                                    Case number *(if known)* **2:26-bk-16650-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.14 7.** **Rosland Capital Group Hong Kong** **Unit C 17 F United Centre** **95 Queensway Admiralty** **Hong Kong** | **April 21, 2026** | $9,800.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Invoices paid for Rosland Hong Kong** |
| **3.14 8.** ███████ | **April 22, 2026** | $75,056.68 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Customer** |
| **3.14 9.** ███████ | **June 18, 2026** | $64,983.64 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |
| **3.15 0.** ███████ | **April 22, 2026** | $10,690.56 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Customer - wire to Equity for benefit of customer** |
| **3.15 1.** **Generation IX Technologies, inc.** **5839 Green Valley Circle** **Suite 104** **Culver City, CA 90230** | **June 18, 2026** | $10,961.31 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |
| **3.15 2.** ███████ | **April 23, 2026** | $907,917.72 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Customer - wire to Equity for benefit of customer** |
| **3.15 3.** **Paychex Inc** **911 Panorama Trail South** **Rochester, NY 14625** | **June 18, 2026** | $25,782.29 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |

Debtor  **Rosland Capital LLC**                                    Case number (if known)  **2:26-bk-16650-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15<br>4. **American Express Centurian**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **April 23, 2026** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>5. **Paychex Inc**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | **June 18, 2026** | **$110,960.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>6. **Greenberg Glusker LLP**<br>**2049 Century Park East**<br>**Suite 2600**<br>**Los Angeles, CA 90067** | **June 22, 2026** | **$300,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Bankruptcy** |
| 3.15<br>7. ███████ | **April 24, 2026** | **$25,059.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Customer** |
| 3.15<br>8. **Armanino**<br>**PO Box 398285**<br>**San Francisco, CA 94139-8285** | **June 22, 2026** | **$200,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Bankruptcy** |
| 3.15<br>9. **Marin Aleksov**<br>**11766 Wilshire Blvd., Suite 1200**<br>**Los Angeles, CA 90049** | **April 24, 2026** | **$115,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Distribution** |
| 3.16<br>0. **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 24, 2026** | **$75,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.16<br>1. **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 24, 2026** | **$75,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |

| Debtor | **Rosland Capital LLC** | | Case number *(if known)* **2:26-bk-16650-BB** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16 2. | **Peter Nordal**<br>**250 Yellow Rose Drive**<br>**Alta, WY 83414** | **April 27, 2026** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16 3. | **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **April 27, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16 4. | **Google Inc**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **April 28, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16 5. | **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 28, 2026** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.16 6. | **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 28, 2026** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |
| 3.16 7. | **Paychex Inc**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | **April 29, 2026** | **$49,698.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16 8. | **Rosland Capital Group Hong Kong**<br>**Unit C 17 F United Centre**<br>**95 Queensway Admiralty**<br>**Hong Kong** | **April 29, 2026** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Invoices paid for Rosland Hong Kong** |

| Debtor | **Rosland Capital LLC** | Case number *(if known)* | **2:26-bk-16650-BB** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.169. | ███████████████ | April 30, 2026 | $92,381.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Employee** |
| 3.170. | **First Orion Corp**<br>**520 Main Street**<br>**Suite 400**<br>**North Little Rock, AR 72114** | April 30, 2026 | $2,785.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.171. | **Fox News Network LLC**<br>**PO Box 27128**<br>**Concord, CA 94520** | April 30, 2026 | $601,018.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.172. | **Paychex Inc**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625** | April 30, 2026 | $107,905.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.173. | ███████████████ | May 1, 2026 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.174. | ███████████████ | May 1, 2026 | $13,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.175. | **Matthew Poldberg**<br>**3136 Hackett Ave**<br>**Long Beach, CA 90808** | May 1, 2026 | $4,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.176. | **Manfra Tordella and Brookes Inc**<br>**50 West 47th Street Suite 310**<br>**New York, NY 10036** | May 1, 2026 | $198,213.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Rosland Capital LLC**                              Case number (if known)  **2:26-bk-16650-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17 7. **Mel Ziontz Esq** **5519 Paradise Valley Road** **Hidden Hills, CA 91302** | May 1, 2026 | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.17 8. **American Express Centurian** **Box 0001** **Los Angeles, CA 90096-8000** | May 1, 2026 | $50,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.17 9. ███████████ | May 1, 2026 | $22,001.09 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Employee** |
| 3.18 0. **Douglas Emmett 1995 LLC** **11766 Wilshire Blvd Suite 401** **Los Angeles, CA 90025** | May 4, 2026 | $54,683.94 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.18 1. **The Press Room** **18723 Napa Street** **Northridge, CA 91324** | May 4, 2026 | $7,176.90 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached SOFA: Part 2, question 4** | | $36,377,253.33 | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | **Rosland Capital LLC** | Case number *(if known)* **2:26-bk-16650-BB** |
|---|---|---|

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Barry Treash, et al. v. Rosland Capital LLC, a Delaware limited liability company, et al.**<br>**25STCV19651** | **Civil Case Fraud (no contract) (General Jurisdiction)** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 North Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Cyber attack, employee data & 1099s** | **$25,000.00** | **December 2025** | **Unknown** |

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **Rosland Capital LLC** | Case number *(if known)* **2:26-bk-16650-BB** |
|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Armanino**<br>**PO Box 398285**<br>**San Francisco, CA**<br>**94139-8285** | | **6/22/2026** | **$200,000.00** |
| | **Email or website address**<br>**armanino.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Greenberg Glusker LLP**<br>**2049 Centruy Park East**<br>**Suite 260**<br>**Los Angeles, CA 90067** | | **6/8/2026** | **$50,000.00** |
| | **Email or website address**<br>**greenbergglusker.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Greenberg Glusker LLP**<br>**2049 Centruy Park East**<br>**Suite 260**<br>**Los Angeles, CA 90067** | | **6/22/2026** | **$300,000.00** |
| | **Email or website address**<br>**greenbergglusker.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Rosland Capital LLC** | Case number *(if known)* **2:26-bk-16650-BB** |
|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2879 St Rose Parkway #120 Henderson, NV 89074** | **March 1, 2023 to February 29, 2028** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐  No.
    ■  Yes. State the nature of the information collected and retained.

    **Names, Addresses, Email Addresses and Credit Card Information**
    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐  No. Go to Part 10.
    ■  Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Rosland Capital LLC 401(k) Profit Sharing Plan** | EIN:  **26-2678670/001** |

        Has the plan been terminated?
        ■ No
        ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Rosland Capital LLC** | Case number *(if known)* **2:26-bk-16650-BB** |

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **DDSC** <br> **3601 North Market Street** <br> **Wilmington, DE 19802** | **Luz Jacobo , IRA Manager** <br> **111766 Wilshire Blvd., Suite 1200** <br> **Los Angeles, CA 90025** | **Empty- no inventory as of June 30, 2026** | ☐ No <br> ■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Debtor | **Rosland Capital LLC** | | Case number *(if known)* **2:26-bk-16650-BB** |

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Lisa Bacerra**<br>**11766 Wilshire Blvd.**<br>**Suite 1200**<br>**Los Angeles, CA 90025** | **2016 to Present** |
| 26a.2. | **Baker Tilly US, LLC**<br>**PO Box 511563**<br>**Los Angeles, CA 90051** | **Pre 2020 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Baker Tilly US, LLC**<br>**PO Box 511563**<br>**Los Angeles, CA 90051** | **Pre 2020 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

| Debtor | **Rosland Capital LLC** | Case number *(if known)* **2:26-bk-16650-BB** |
| --- | --- | --- |

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.   **Lisa Bacerra**<br>**11766 Wilshire Blvd.**<br>**Suite 1200**<br>**Los Angeles, CA 90025** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1.   **Daniel Spratlen- Mailing and Shipping Manager** | **May 31, 2026** | **$582,774.13**<br>**Basis- Market** |

| Name and address of the person who has possession of inventory records |
| --- |
| **Rosland Capital LLC**<br>**11766 Wilshire Blvd.**<br>**Suite 1200**<br>**Los Angeles, CA 90025** |

| | | |
| --- | --- | --- |
| 27.2.   **Daniel Spratlen** | **June 26, 2026** | **0.00**<br>**Basis-None** |

| Name and address of the person who has possession of inventory records |
| --- |
| **Rosland Capital LLC**<br>**11766 Wilshire Blvd.**<br>**Suite 1200**<br>**Los Angeles, CA 90025** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Marin Aleksov** | **11766 Wilshire Blvd**<br>**Suite 1200**<br>**Los Angeles, CA 90049** | **CEO, Membership Interest** | **100.00** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐   No

■   Yes. Identify below.

| Debtor | **Rosland Capital LLC** | Case number *(if known)* **2:26-bk-16650-BB** |
|---|---|---|

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Julian Aleksov** | **11766 Wilshire Blvd. Suite 1200 Los Angeles, CA 90025** | **Former Board Member** | **1/1/2000 to 01/19/2026** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached SOFA: part 13, question 30** | **$658,369.93** | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/16/2026**

*Michael Hogan* (signature)

Signature of individual signing on behalf of the debtor

**Michael Hogan**
Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**SOFA: part 2, question 4**

*Payments or other transfers of property made within 1 year before filing this case that benefited any insider*

| Insider's Name | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/1/2025 | $140,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/2/2025 | $350,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 7/3/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/7/2025 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/7/2025 | $350,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/9/2025 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 7/11/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/11/2025 | $45,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/11/2025 | $500,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/14/2025 | $300,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/15/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/15/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 7/16/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/16/2025 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/16/2025 | $250,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/17/2025 | $300,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/18/2025 | $400,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/22/2025 | $480,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 7/24/2025 | $10,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/25/2025 | $900,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/28/2025 | $510,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 7/30/2025 | $255,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 8/1/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/1/2025 | $400,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/4/2025 | $450,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/5/2025 | $105,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/6/2025 | $175,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/7/2025 | $310,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/8/2025 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/12/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 8/13/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/13/2025 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/13/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Marin Aleksov | CEO | 8/15/2025 | $11,516.47 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/18/2025 | $130,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Marin Aleksov | CEO | 8/19/2025 | $3,500.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/19/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/20/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 8/22/2025 | $10,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/22/2025 | $250,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 8/25/2025 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/25/2025 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/26/2025 | $188,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/26/2025 | $318,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 8/27/2025 | $170,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/2/2025 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/3/2025 | $91,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/4/2025 | $105,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/9/2025 | $95,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/9/2025 | $44,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/10/2025 | $45,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/12/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 9/15/2025 | $10,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/15/2025 | $52,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/16/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |

In re: [Debtor Name]

Case No. [Case #]

**SOFA: part 2, question 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/16/2025 | $120,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/17/2025 | $125,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/18/2025 | $30,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/18/2025 | $859,200.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/19/2025 | $155,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/22/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/22/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/23/2025 | $25,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/23/2025 | $86,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/24/2025 | $24,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/26/2025 | $400,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/29/2025 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/30/2025 | $230,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 9/30/2025 | $101,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/1/2025 | $500,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/1/2025 | $10,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/2/2025 | $265,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/2/2025 | $10,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/3/2025 | $305,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/3/2025 | $10,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/6/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/7/2025 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/7/2025 | $10,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/8/2025 | $130,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/8/2025 | $22,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/10/2025 | $300,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/14/2025 | $105,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/15/2025 | $205,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/15/2025 | $19,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/15/2025 | $10,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/15/2025 | $250,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/15/2025 | $20,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/16/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/16/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 10/17/2025 | $10,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/17/2025 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/17/2025 | $10,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/17/2025 | $750,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/20/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/21/2025 | $380,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/22/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/23/2025 | $450,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/27/2025 | $900,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/27/2025 | $86,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/28/2025 | $45,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/29/2025 | $400,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/29/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/30/2025 | $80,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 10/31/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/3/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/3/2025 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/4/2025 | $130,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/5/2025 | $10,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 11/6/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/6/2025 | $10,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/7/2025 | $530,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/10/2025 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/10/2025 | $43,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |

In re: [Debtor Name]
Case No. [Case #]

| Insider's Name | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/12/2025 | $345,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/12/2025 | $70,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/13/2025 | $380,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/13/2025 | $5,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/17/2025 | $245,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/19/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/19/2025 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/20/2025 | $250,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/20/2025 | $15,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/24/2025 | $180,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/24/2025 | $21,500.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/25/2025 | $11,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 11/26/2025 | $500,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/1/2025 | $3,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 12/2/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/4/2025 | $15,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/9/2025 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/9/2025 | $376,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 12/10/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/10/2025 | $15,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/11/2025 | $12,900.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/15/2025 | $11,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/15/2025 | $9,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/17/2025 | $135,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/17/2025 | $67,749.57 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/17/2025 | $60,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 12/18/2025 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/18/2025 | $8,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/18/2025 | $83,500.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/19/2025 | $25,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/22/2025 | $35,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/22/2025 | $9,200.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/23/2025 | $55,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/23/2025 | $205,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/29/2025 | $12,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 12/30/2025 | $4,480.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/2/2026 | $11,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 1/5/2026 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/5/2026 | $230,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 1/6/2026 | $20,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/7/2026 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/7/2026 | $170,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/8/2026 | $254,240.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/9/2026 | $32,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/12/2026 | $250,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/13/2026 | $300,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/13/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/13/2026 | $300,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/15/2026 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Marin Aleksov | CEO | 1/20/2026 | $60,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/20/2026 | $247,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/21/2026 | $450,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 1/22/2026 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/22/2026 | $164,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/22/2026 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/23/2026 | $30,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/23/2026 | $42,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/26/2026 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |

In re: [Debtor Name]
Case No. [Case #]

| Insider's Name | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/26/2026 | $26,400.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/27/2026 | $150,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/27/2026 | $150,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 1/28/2026 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/28/2026 | $16,500.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/28/2026 | $55,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 1/29/2026 | $411,258.55 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 1/29/2026 | $80,030.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/29/2026 | $63,741.45 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/30/2026 | $12,082.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 1/30/2026 | $155,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/30/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/30/2026 | $42,500.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 1/30/2026 | $115,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/2/2026 | $55,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/2/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/3/2026 | $40,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/4/2026 | $25,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/4/2026 | $244,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/5/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/9/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/10/2026 | $58,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/10/2026 | $45,066.58 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/11/2026 | $180,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/11/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/12/2026 | $70,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 2/13/2026 | $10,000.00 | Distribution |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/13/2026 | $75,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/13/2026 | $522,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/17/2026 | $300,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/18/2026 | $250,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/18/2026 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/19/2026 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/19/2026 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/20/2026 | $35,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/20/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 2/24/2026 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/25/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/25/2026 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/25/2026 | $20,939.81 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 2/26/2026 | $12,055.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/4/2026 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/6/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 3/9/2026 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/9/2026 | $14,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/10/2026 | $6,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/10/2026 | $40,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/11/2026 | $50,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/11/2026 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/12/2026 | $160,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/17/2026 | $9,900.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/17/2026 | $2,280.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/17/2026 | $55,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Marin Aleksov | CEO | 3/18/2026 | $135,000.00 | Distribution |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/18/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/18/2026 | $500,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/18/2026 | $328,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/19/2026 | $128,586.64 | Payments to Rosland HK & payments to vendors for Rosland HK |

In re: [Debtor Name]
Case No. [Case #]

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/19/2026 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 3/20/2026 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/20/2026 | $255,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/20/2026 | $230,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/23/2026 | $43,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/23/2026 | $20,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/23/2026 | $150,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/24/2026 | $160,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/24/2026 | $400,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/25/2026 | $212,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/25/2026 | $34,287.26 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/25/2026 | $80,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/25/2026 | $120,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong V | Common Ownership | 3/26/2026 | $16,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/26/2026 | $33,900.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 3/27/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/6/2026 | $11,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/7/2026 | $27,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/7/2026 | $215,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/7/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Julian Aleksov. | Member, former board member, brother of CEO | 4/8/2026 | $5,000.00 | Distribution |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/8/2026 | $200,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/9/2026 | $78,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/10/2026 | $175,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/10/2026 | $140,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/13/2026 | $25,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/13/2026 | $101,500.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/15/2026 | $22,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/16/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/16/2026 | $40,340.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/17/2026 | $100,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/20/2026 | $250,050.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/21/2026 | $9,800.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Marin Aleksov | CEO | 4/24/2026 | $115,000.00 | Distribution |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/24/2026 | $75,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/24/2026 | $75,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/28/2026 | $5,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/28/2026 | $30,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Rosland Capital Group - Hong Kong C | Common Ownership | 4/29/2026 | $8,000.00 | Payments to Rosland HK & payments to vendors for Rosland HK |
| Marin Aleksov | CEO | 5/5/2026 | $14,500.00 | Distribution |
| Julian Aleksov. | Member, former board member, brother of CEO | 5/7/2026 | $5,000.00 | Distribution |
| Julian Aleksov. | Member, former board member, brother of CEO | 5/7/2026 | $34,750.00 | Distribution |

**SOFA: part 13, question 30**

*Payments, distributions, or withdrawals credited or given to insiders*

| Recipient's Name | Address 1 | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 6/30/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 6/30/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 7/15/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 7/15/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 7/31/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 7/31/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 8/15/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 8/15/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 8/29/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 8/29/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 9/15/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 9/15/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 9/30/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 9/30/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 10/15/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 10/15/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 10/31/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 10/31/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 11/14/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 11/14/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 11/28/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 11/28/2025 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 12/15/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 12/15/2025 | $5,558.44 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 12/15/2025 | $2,565.34 | PTO |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 12/30/2025 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 12/30/2025 | $5,558.44 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 12/30/2025 | $2,565.34 | PTO |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 1/15/2026 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 1/15/2026 | $5,558.44 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 1/15/2026 | $2,565.34 | PTO |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 1/30/2026 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 1/30/2026 | $5,558.44 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 1/30/2026 | $2,565.34 | PTO |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 2/13/2026 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 2/13/2026 | $5,558.44 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 2/27/2026 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 2/27/2026 | $5,558.44 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 3/13/2026 | $4,724.79 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 3/31/2026 | $4,724.79 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 4/15/2026 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 4/15/2026 | $4,724.79 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 4/30/2026 | $4,724.79 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 5/15/2026 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 5/15/2026 | $4,724.79 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 5/29/2026 | $4,724.79 | Salary |
| Marin Aleksov | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | CEO | 6/15/2026 | $25,000.00 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 6/15/2026 | $4,724.79 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 6/18/2026 | $9,230.41 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 6/18/2026 | $1,744.54 | Salary |
| Michelle Aleksov Jones | 11766 Wilshire Blvd., Suite 1200 Los Angeles, CA 90025 | Daughter of CEO | 6/18/2026 | $9,566.61 | PTO |

In re: [Debtor Name]
Case No. [Case #]

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

In re  **Rosland Capital LLC**

Debtor(s)

Case No.  **2:26-bk-16650-BB**

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ 350,000.00 |
| Prior to the filing of this statement I have received | $ 350,000.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [List other services that counsel has agreed to provide]
      **Preparation of Sale Motion, and Plan of Reorganization.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/16/2026

*Date*

**Brian L. Davidoff 102654**
*Signature of Attorney*
**Greenberg Glusker LLP**
**2049 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067**
**310-553-3610**
**BDavidoff@GreenbergGlusker.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Brian L. Davidoff 102654**
**2049 Century Park East**
**Suite 2600**
**Los Angeles, CA 90067**
**310-553-3610**
California State Bar Number: **102654 CA**
BDavidoff@GreenbergGlusker.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Rosland Capital LLC**

CASE NO.: **2:26-bk-16650-BB**

CHAPTER: **11**

Debtor(s).

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __26__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **07/16/2026**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **07/16/2026**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                **F 1007-1.MAILING.LIST.VERIFICATION**

# Rosland Capital

**Total number of parties: 693**

## Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 615 | 2x Solutions LLC 1990 S Bundy Dr Los Angeles, CA  90025-5240 | | Vendor |
| 158 | | | Customer |
| 660 | ABM Parking Services, Inc - Landmark 11766 Wilshire Blvd - Parking office Suite 401 Los Angeles, CA  90025 | | Vendor |
| 159 | | | Customer |
| 160 | | | Customer |
| 161 | | | Customer |
| 162 | | | Customer |
| 163 | | | Customer |
| 12 | | | Customer |
| 164 | | | Customer |
| 670 | American Express - Centurian Box 0001 Los Angeles, CA  90096-8000 | | Vendor |
| 671 | American Express - Platinum Box 0001 Los Angeles, CA  90096-8000 | | Vendor |
| 647 | American Express PO BOX 96001 Los Angeles, CA  90096-8000 | | Vendor |
| 136 | | | Customer |
| 165 | | | Customer |
| 166 | | | Customer |
| 13 | | | Customer |
| 167 | | | Customer |
| 168 | | | Customer |
| 137 | | | Customer |
| 14 | | | Customer |
| 169 | | | Customer |
| 170 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 672 | Armanino PO Box 398285 San Francisco, CA 94139-8285 | | Vendor |
| 171 | | | Customer |
| 15 | | | Customer |
| 172 | | | Customer |
| 687 | Assured Partners of Missouri LLC 12645 Olive Blvd Suite 300 Saint Louis, MO 63141 | | **Customer: Business Entity** |
| 173 | | | Customer |
| 591 | | | Customer |
| 174 | | | Customer |
| 175 | | | Customer |
| 176 | | | Customer |
| 16 | | | Customer |
| 177 | | | Customer |
| 178 | | | Customer |
| 179 | | | Customer |
| 180 | | | Customer |
| 17 | | | Customer |
| 616 | Bing 1 Microsoft Way Redmond, WA 98052 | | Vendor |
| 655 | Blikket 9854 National Blvd Los Angeles, CA 90034 | | Vendor |
| 673 | Blue Shield of California PO Box 749415 Los Angeles, CA 90074-9415 | | Vendor |
| 181 | | | Customer |
| 18 | | | Customer |
| 182 | | | Customer |
| 183 | | | Customer |
| 184 | | | Customer |
| 185 | | | Customer |
| 186 | | | Customer |
| 19 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 20 | | | Customer |
| 187 | | | Customer |
| 188 | | | Customer |
| 669 | Bromfield Car Service PO Box 45681 Los Angeles, CA 90045 | | Vendor |
| 189 | | | Customer |
| 21 | | | Customer |
| 190 | | | Customer |
| 191 | | | Customer |
| 192 | | | Customer |
| 193 | | | Customer |
| 194 | | | Customer |
| 195 | | | Customer |
| 196 | | | Customer |
| 22 | | | Customer |
| 23 | | | Customer |
| 24 | | | Customer |
| 25 | | | Customer |
| 197 | | | Customer |
| 26 | | | Customer |
| 617 | Celebrity Consultants, LLC 16255 Ventura Blvd Ste 625 Encino, CA 91436 | | Vendor |
| 198 | | | Customer |
| 199 | | | Customer |
| 27 | | | Customer |
| 28 | | | Customer |
| 200 | | | Customer |
| 201 | | | Customer |
| 202 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 29 | | | Customer |
| 203 | | | Customer |
| 204 | | | Customer |
| 205 | | | Customer |
| 618 | Cheq Technologies Inc 22 West 19th Street 9th Floor New York, NY 10011 | | Vendor |
| 206 | | | Customer |
| 2 | | | Customer: Top Creditor |
| 207 | | | Customer |
| 592 | | | Customer |
| 208 | | | Customer |
| 209 | | | Customer |
| 210 | | | Customer |
| 211 | | | Customer |
| 654 | Cimplifi PO Box 644722 Pittsburg, PA 15264-4722 | | Vendor |
| 138 | | | Customer |
| 30 | | | Customer |
| 139 | | | Customer |
| 31 | | | Customer |
| 212 | | | Customer |
| 213 | | | Customer |
| 643 | Cox Business NV PO Box 53262 Phoenix, AZ 85072-3262 | | Vendor |
| 140 | | | Customer |
| 32 | | | Customer |
| 33 | | | Customer: Top Creditor |
| 214 | | | Customer |
| 141 | | | Customer |
| 215 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 216 | | | Customer |
| 217 | | | Customer |
| 218 | | | Customer |
| 219 | | | Customer |
| 220 | | | Customer |
| 221 | | | Customer |
| 222 | | | Customer |
| 34 | | | Customer |
| 223 | | | Customer |
| 224 | | | Customer |
| 225 | | | Customer |
| 226 | | | Customer |
| 227 | | | Customer |
| 228 | | | Customer |
| 229 | | | Customer |
| 230 | | | Customer |
| 231 | | | Customer |
| 35 | | | Customer |
| 232 | | | Customer |
| 593 | | | Customer |
| 233 | | | Customer |
| 234 | | | Customer |
| 37 | | | Customer |
| 38 | | | Customer |
| 235 | | | Customer |
| 236 | | | Customer |
| 594 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 237 | | | Customer |
| 39 | | | Customer |
| 40 | | | Customer |
| 41 | | | Customer |
| 238 | | | Customer |
| 239 | | | Customer |
| 240 | | | Customer |
| 241 | | | Customer |
| 242 | | | Customer |
| 243 | | | Customer |
| 244 | | | Customer |
| 245 | | | Customer: POC |
| 42 | | | Customer |
| 43 | | | Customer |
| 246 | | | Customer |
| 247 | | | Customer |
| 248 | | | Customer |
| 249 | | | Customer |
| 649 | Delaware Depository Service 3601 North Market Street Wilmington, DE  19802 | | Vendor |
| 250 | | | Customer |
| 251 | | | Customer |
| 595 | | | Customer |
| 252 | | | Customer |
| 253 | | | Customer |
| 44 | | | Customer |
| 254 | | | Customer |
| 255 | | | Customer |

Page 6 of  26

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 142 | | | Customer |
| 256 | | | Customer |
| 257 | | | Customer |
| 258 | | | Customer |
| 259 | | | Customer |
| 260 | | | Customer: Top Creditor |
| 261 | | | Customer |
| 262 | | | Customer |
| 45 | | | Customer |
| 263 | | | Customer |
| 264 | | | Customer |
| 46 | | | Customer |
| 651 | Douglas Emmett 1995,LLC 11766 Wilshire Blvd Suite 401 Los Angeles, CA  90025 | | Vendor |
| 694 | | | Customer: POC |
| 265 | | | Customer: POC |
| 266 | | | Customer |
| 267 | | | Customer |
| 268 | | | Customer |
| 269 | | | Customer |
| 270 | | | Customer |
| 47 | | | Customer |
| 271 | | | Customer |
| 272 | | | Customer |
| 273 | | | Customer |
| 48 | | | Customer |
| 274 | | | Customer |
| 275 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 276 | | | Customer |
| 49 | | | Customer |
| 277 | | | Customer |
| 596 | | | Customer |
| 610 | Erik T von Detten 13700 Marina Pointe Dr Unit 608 Marina Del Rey, CA 90292 | | Employee |
| 278 | | | Customer |
| 279 | | | Customer |
| 280 | | | Customer |
| 281 | | | Customer |
| 282 | | | Customer |
| 283 | | | Customer |
| 50 | | | Customer |
| 284 | | | Customer |
| 3 | | | Customer: Top Creditor |
| 285 | | | Customer |
| 286 | | | Customer |
| 661 | Federal Express PO Box 7221 Pasadena, CA 91109-7321 | | Vendor |
| 665 | First Orion Corp 520 Main Street Ste 400 North Little Rock, AR 72114 | | Vendor |
| 51 | | | Customer |
| 674 | Formula One World Championship Limited No. 2 St. James`s Market London, SW1Y 4AH United Kingdom | | Vendor |
| 4 | Fox News Network LLC PO Box 27128 Concord, CA 94520 | | Vendor: Top Creditor |
| 619 | Fox News Network, LLC PO Box 27128 Concord, CA 94520 | | Vendor |
| 675 | Franchise Tax Board Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531 | | Vendor |
| 52 | | | Customer |
| 287 | | | Customer |
| 288 | | | Customer |
| 289 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
| --- | --- | --- | --- |
| 290 | | | Customer |
| 291 | | | Customer |
| 292 | | | Customer |
| 293 | | | Customer |
| 294 | | | Customer |
| 295 | | | Customer |
| 676 | Friedman Kaplan Seller Adelman & Robbins LLP 7 Times Square New York, NY  10035-6516 | | Vendor |
| 666 | Frontier (310-444-1881) Fax Lns Landmark PO Box 740407 Cincinnati, OH  45274-0407 | | Vendor |
| 667 | Frontier (310-479-1858) Landmark Backup PO Box 740407 Cincinnati, OH  45274-0407 | | Vendor |
| 597 | | | Customer |
| 296 | | | Customer |
| 143 | | | Customer |
| 297 | | | Customer: POC |
| 298 | | | Customer |
| 299 | | | Customer: Top Creditor |
| 300 | | | Customer |
| 5 | | | Customer: Top Creditor |
| 301 | | | Customer |
| 53 | | | Customer |
| 677 | Generation IX Technologies, inc. 5839 Green Valley Circle Suite 104 Culver City, CA  90230 | | Vendor |
| 302 | | | Customer |
| 303 | | | Customer |
| 54 | | | Customer |
| 304 | | | Customer |
| 55 | | | Customer |
| 305 | | | Customer |
| 598 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 306 | | | Customer |
| 599 | | | Customer |
| 307 | | | Customer |
| 620 | GODADDY.COM, LLC 100 S Mill Ave Suite 1600 Tempe, AZ  85281 | | Vendor |
| 621 | Google Inc 1600 Amphitheatre Parkway Mountain View, CA  94043 | | Vendor |
| 308 | | | Customer |
| 309 | | | Customer |
| 310 | | | Customer |
| 311 | | | Customer |
| 678 | Greenberg Glusker LLP 2049 Centruy Park East Suite 260 Los Angeles, CA  90067 | | Vendor |
| 312 | | | Customer |
| 313 | | | Customer |
| 56 | | | Customer |
| 314 | | | Customer |
| 57 | | | Customer |
| 315 | | | Customer |
| 316 | | | Customer |
| 317 | | | Customer |
| 58 | | | Customer |
| 59 | | | Customer |
| 652 | Hirschfeld Kraemer LLP 456 Montgomery Street Suite 2200 San Francisco, CA  94104 | | Vendor |
| 60 | | | Customer |
| 622 | Honey Well Store, Inc 855 S Mint Street Charlotte, NC  28202 | | Vendor |
| 318 | | | Customer |
| 623 | InterImage Productions, Inc 22120 Clarendon Street Woodland Hills, CA  91367 | | Vendor |
| 624 | InterMedia Advertising, Inc 22120 Clarendon Street Woodland Hills, CA  91367 | | Vendor |
| 625 | InterMedia Entertainment 22120 Clarendon Street Woodland Hills, CA  91367 | | Vendor |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 626 | InterPost Productions 22120 Clarendon Street Woodland Hills, CA  91367 | | Vendor |
| 689 | IPFS Corporation of California 1055 Broadway 11th Floor Kansas City, MO  64105 | | Customer:  Business Entity |
| 679 | IPFS Corporation of California PO BOX 412086 Kansas City, MO  64141-2086 | | Vendor |
| 319 | | | Customer |
| 627 | J Scott Smith 307 Hill Street #4 Santa Monica, CA  90405 | | Vendor |
| 600 | | | Customer |
| 320 | | | Customer |
| 61 | | | Customer |
| 321 | | | Customer |
| 322 | | | Customer |
| 323 | | | Customer |
| 144 | | | Customer |
| 324 | | | Customer |
| 325 | | | Customer |
| 326 | | | Customer |
| 327 | | | Customer |
| 328 | | | Customer |
| 329 | | | Customer |
| 145 | | | Customer |
| 330 | | | Customer |
| 331 | | | Customer |
| 332 | | | Customer |
| 333 | | | Customer |
| 62 | | | Customer |
| 334 | | | Customer |
| 335 | | | Customer |
| 63 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 336 | | | Customer |
| 337 | | | Customer:  Top Creditor |
| 338 | | | Customer |
| 64 | | | Customer |
| 65 | | | Customer |
| 339 | | | Customer |
| 66 | | | Customer |
| 340 | | | Customer |
| 146 | | | Customer |
| 341 | | | Customer |
| 342 | | | Customer |
| 67 | | | Customer |
| 343 | | | Customer |
| 695 | | | Customer: POC |
| 344 | | | Customer |
| 345 | | | Customer |
| 346 | | | Customer |
| 68 | | | Customer |
| 347 | | | Customer |
| 348 | | | Customer |
| 699 | | | Customer: POC |
| 349 | | | Customer |
| 69 | | | Customer |
| 350 | | | Customer |
| 351 | | | Customer |
| 353 | | | Customer |
| 352 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 70 | | | Customer |
| 354 | | | Customer |
| 355 | | | Customer |
| 356 | | | Customer |
| 357 | | | Customer |
| 601 | | | Customer |
| 358 | | | Customer |
| 359 | | | Customer |
| 6 | | | Customer: Top Creditor |
| 360 | | | Customer |
| 361 | | | Customer |
| 362 | | | Customer |
| 363 | | | Customer |
| 602 | | | Customer |
| 364 | | | Customer |
| 365 | | | Customer: POC |
| 366 | | | Customer |
| 367 | | | Customer |
| 71 | | | Customer |
| 368 | | | Customer |
| 369 | | | Customer |
| 370 | | | Customer |
| 371 | | | Customer |
| 372 | | | Customer |
| 603 | | | Customer |
| 373 | | | Customer |
| 72 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|----------|----------------------------------|-------|---------------|
| 73 | | | Customer |
| 374 | | | Customer |
| 74 | | | Customer |
| 375 | | | Customer |
| 376 | | | Customer |
| 377 | | | Customer |
| 378 | | | Customer |
| 147 | | | Customer |
| 379 | | | Customer |
| 75 | | | Customer |
| 76 | | | Customer |
| 380 | | | Customer |
| 148 | | | Customer |
| 381 | | | Customer |
| 382 | | | Customer |
| 77 | | | Customer |
| 383 | | | Customer |
| 79 | | | Customer |
| 78 | | | Customer |
| 384 | | | Customer |
| 385 | | | Customer |
| 386 | | | Customer |
| 387 | | | Customer |
| 388 | | | Customer |
| 389 | | | Customer |
| 390 | | | Customer |
| 391 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 392 | | | Customer |
| 680 | Keep Fighting Foundation c/o Flick Gocke Schaumburg Fritz-Schäffer-Str. 1, D - 53113 Bonn Bonn,    Germany | | Vendor |
| 393 | | | Customer |
| 394 | | | Customer |
| 395 | | | Customer |
| 80 | | | Customer |
| 396 | | | Customer |
| 397 | | | Customer |
| 398 | | | Customer |
| 399 | | | Customer |
| 400 | | | Customer |
| 401 | | | Customer |
| 402 | | | Customer |
| 81 | | | Customer |
| 628 | Klaviyo 125 Summer Street Floor 6 Boston, MA  02111 | | Vendor |
| 403 | | | Customer |
| 404 | | | Customer |
| 82 | | | Customer |
| 405 | | | Customer |
| 83 | | | Customer |
| 406 | | | Customer |
| 407 | | | Customer |
| 629 | Legends Experience LTD Ingles Manor, Castle Hill Ave Folkestone, Kent,   CT20 2RD United Kingdom | | Vendor |
| 408 | | | Customer |
| 84 | | | Customer |
| 85 | | | Customer |
| 409 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 410 | | | Customer |
| 411 | | | Customer |
| 412 | | | Customer |
| 86 | | | Customer |
| 413 | | | Customer |
| 414 | | | Customer |
| 415 | | | Customer |
| 416 | | | Customer |
| 417 | | | Customer: Top Creditor |
| 644 | LUMEN 931 14th Street Denver, CO  80202 | | Vendor |
| 87 | | | Customer |
| 88 | | | Customer |
| 418 | | | Customer |
| 419 | | | Customer |
| 420 | | | Customer |
| 663 | Manfra, Tordella & Brookes, Inc 50 West 47th Street, Suite 310 New York, NY  10036 | | Vendor |
| 421 | | | Customer |
| 422 | | | Customer |
| 423 | | | Customer |
| 612 | Marin Aleksov c/o Rosland Capital 11766 Wilshire Blvd. Ste. 1200 Los Angeles CA 90025 | | Employee |
| 424 | | | Customer |
| 425 | | | Customer |
| 426 | | | Customer |
| 427 | | | Customer |
| 89 | | | Customer |
| 428 | | | Customer |
| 429 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 430 | | | Customer |
| 431 | | | Customer |
| 90 | | | Customer |
| 91 | | | Customer |
| 432 | | | Customer |
| 433 | | | Customer |
| 434 | | | Customer |
| 435 | | | Customer |
| 436 | | | Customer |
| 92 | | | Customer |
| 437 | | | Customer |
| 438 | | | Customer |
| 439 | | | Customer |
| 7 | | | Customer: Top Creditor |
| 93 | | | Customer |
| 440 | | | Customer |
| 441 | | | Customer |
| 630 | Matthew Poldberg 3136 Hackett Ave Long Beach, CA  90808 | | Vendor |
| 442 | | | Customer |
| 681 | Mel Ziontz, Esq 5519 Paradise Valley Road Hidden Hills, CA  91302 | | Vendor |
| 94 | | | Customer |
| 443 | | | Customer |
| 444 | | | Customer |
| 445 | | | Customer |
| 446 | | | Customer |
| 447 | | | Customer |
| 448 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 449 | | | Customer |
| 450 | | | Customer |
| 451 | | | Customer |
| 452 | | | Customer |
| 688 | Miller & Company Management Deborah Miller 9255 Sunset Blvd Suite 500 Los Angeles, CA  90069 | | Customer:  Business Entity |
| 453 | | | Customer |
| 631 | Money Group LLC Metro Office Park, Building 7 Calle 1 Suite 204 Guaynabo, PR  00968 | | Vendor |
| 604 | | | Customer |
| 454 | | | Customer |
| 95 | | | Customer |
| 8 | | | Customer:  Top Creditor |
| 455 | | | Customer |
| 456 | | | Customer |
| 457 | | | Customer |
| 458 | | | Customer |
| 700 | Norris C. Bishop Jr. 330 West Riverview Drive Apt C-5 Covington VA 24426 | | Customer |
| 664 | Numismatics Unlimited, Inc. 577A Broadway Massapequa, NY  11758 | | Vendor |
| 690 | NVEnergy PO Box 30150 Reno, NV  89520 | | Customer:  Business Entity |
| 698 | Office of the New York State Attorney General Attn: Managing Attorney's Office 28 Liberty Street, 16th Floor New York, NY 10005 | | Matrix Party |
| 632 | Outward Agency LLC 1360 Raymond Ave. Long Beach, CA  90804 | | Vendor |
| 459 | | | Customer |
| 460 | | | Customer |
| 461 | | | Customer:  Top Creditor |
| 462 | | | Customer |
| 96 | | | Customer |
| 463 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 464 | | | Customer |
| 98 | | | Customer |
| 465 | | | Customer |
| 149 | | | Customer |
| 466 | | | Customer |
| 467 | | | Customer |
| 468 | | | Customer |
| 469 | | | Customer |
| 99 | | | Customer |
| 470 | | | Customer |
| 682 | Paychex, Inc. 911 Panorama Trail South Rochester, NY 14625 | | Vendor |
| 471 | | | Customer |
| 683 | Peter Nordal 250 Yellow Rose Alta, WY 83414 | | Vendor |
| 472 | | | Customer |
| 662 | PMAC PO Box 965 Farmingdale, NY 11735 | | Vendor |
| 633 | Primary Color Systems, Inc 11130 Holder Street Cypress, CA 90630 | | Vendor |
| 656 | Quadient Leasing USA Dept 3682 PO Box 123682 Dallas, TX 75312-3682 | | Vendor |
| 100 | | | Customer |
| 473 | | | Customer |
| 101 | | | Customer |
| 474 | | | Customer |
| 475 | | | Customer |
| 102 | | | Customer |
| 476 | | | Customer |
| 477 | | | Customer |
| 478 | | | Customer |
| 479 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 480 | | | Customer |
| 103 | | | Customer |
| 150 | | | Customer |
| 481 | | | Customer |
| 634 | Retirement Living PO Box 735948 Dallas, TX 75373 | | Vendor |
| 9 | | | Customer: Top Creditor |
| 605 | | | Customer |
| 482 | | | Customer |
| 151 | | | Customer |
| 105 | | | Customer |
| 106 | | | Customer |
| 483 | | | Customer |
| 484 | | | Customer |
| 485 | | | Customer |
| 486 | | | Customer |
| 152 | | | Customer |
| 107 | | | Customer |
| 487 | | | Customer |
| 488 | | | Customer |
| 108 | | | Customer |
| 109 | | | Customer |
| 489 | | | Customer |
| 490 | | | Customer |
| 491 | | | Customer |
| 492 | | | Customer |
| 668 | RingCentral Inc PO Box 734232 Dallas, TX 75373-4232 | | Vendor |
| 493 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 494 | | | Customer |
| 495 | | | Customer |
| 496 | | | Customer |
| 497 | | | Customer |
| 110 | | | Customer |
| 498 | | | Customer |
| 499 | | | Customer |
| 500 | | | Customer |
| 501 | | | Customer |
| 502 | | | Customer |
| 503 | | | Customer |
| 111 | | | Customer |
| 504 | | | Customer |
| 505 | | | Customer |
| 153 | | | Customer |
| 112 | | | Customer |
| 506 | | | Customer |
| 606 | | | Customer |
| 507 | | | Customer |
| 508 | | | Customer |
| 509 | | | Customer |
| 510 | | | Customer |
| 154 | | | Customer |
| 511 | | | Customer |
| 512 | | | Customer |
| 513 | | | Customer |
| 114 | | | Customer |

**Exhibit - Rosland Capital**

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 113 | | | Customer |
| 514 | | | Customer |
| 515 | | | Customer |
| 516 | | | Customer |
| 517 | | | Customer |
| 518 | | | Customer |
| 519 | | | Customer |
| 520 | | | Customer |
| 521 | | | Customer |
| 115 | | | Customer |
| 522 | | | Customer |
| 523 | | | Customer |
| 684 | Rosland Capital Group - Hong Kong C Unit C, 17/F, United Centre 95 Queensway, Admiralty, Hong Kong,   Hong Kong | | Vendor |
| 691 | Rosland Capital Group Hong Kong V 3905 Two Exchange Square 8 Connaught Place Hongkong,   Hong Kong | | Customer:  Business Entity |
| 116 | | | Customer |
| 117 | | | Customer |
| 118 | | | Customer |
| 524 | | | Customer |
| 525 | | | Customer |
| 119 | | | Customer |
| 526 | | | Customer |
| 10 | | | Customer:  Top Creditor |
| 527 | | | Customer |
| 528 | | | Customer |
| 529 | | | Customer |
| 120 | | | Customer |
| 530 | | | Customer |

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 685 | Sansone Companies 2580 St Rose Parkway Suite 125 Henderson, NV  89052 | | Vendor |
| 121 | | | Customer |
| 122 | | | Customer |
| 693 | | | Customer: POC |
| 123 | | | Customer |
| 531 | | | Customer |
| 124 | | | Customer |
| 532 | | | Customer |
| 533 | | | Customer |
| 534 | | | Customer |
| 635 | Shute Morton 1644 Haynes Lane Redondo Beach, CA  90278 | | Vendor |
| 535 | | | Customer |
| 536 | | | Customer |
| 537 | | | Customer |
| 657 | Sontiq 9920 Franklin Square Drive Suite 250 Nottingham, MD  21236 | | Vendor |
| 645 | Spectrum Enterprise (Cable&Wdbd) PO Box 60074 City of Industry, CA  91716-0074 | | Vendor |
| 646 | Spectrum Enterprises (Business TV Premier Box 223085 Pittsburge, PA  15251-2085 | | Vendor |
| 648 | Spectrum Enterprises (Fiber Internet) PO BOX 60074 City of Industry, CA  91716-0074 | | Vendor |
| 696 | | | Customer: ANP |
| 607 | | | Customer |
| 538 | | | Customer |
| 539 | | | Customer |
| 540 | | | Customer |
| 541 | | | Customer |
| 542 | | | Customer |
| 125 | | | Customer |
| 155 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 11 | | | Customer:  Top Creditor |
| 543 | | | Customer |
| 636 | Studio Mousetrap, LLC 359 W 7th Street San Pedro, CA  90731-3323 | | Vendor |
| 544 | | | Customer |
| 545 | | | Customer |
| 546 | | | Customer |
| 547 | | | Customer |
| 658 | Tahoe Springs Water 3300 Meade Ave Suite B Las Vegas, NV  89102 | | Vendor |
| 126 | | | Customer |
| 548 | | | Customer |
| 549 | | | Customer |
| 550 | | | Customer |
| 127 | | | Customer |
| 551 | | | Customer |
| 637 | The Press Room 18723 Napa Street Northridge, CA  91324 | | Vendor |
| 552 | | | Customer |
| 608 | | | Customer |
| 553 | | | Customer |
| 554 | | | Customer |
| 555 | | | Customer |
| 556 | | | Customer |
| 557 | | | Customer |
| 128 | | | Customer |
| 558 | | | Customer |
| 129 | | | Customer:  Top Creditor |
| 156 | | | Customer |
| 559 | | | Customer |

| Party ID | Name and Address of Served Party | Email | Creditor Type |
| --- | --- | --- | --- |
| 560 | | | Customer |
| 561 | | | Customer: Top Creditor |
| 562 | | | Customer |
| 563 | | | Customer |
| 564 | | | Customer |
| 565 | | | Customer |
| 566 | | | Customer |
| 567 | | | Customer |
| 568 | | | Customer |
| 569 | | | Customer |
| 638 | Trust Pilot Inc 50 West 23rd Street Suite 1000 New York, NY  10010 | | Vendor |
| 570 | | | Customer |
| 653 | Tucker Ellis LLP PO Box 74717 Cleveland, OH  44194-4717 | | Vendor |
| 639 | Typecraft, Inc. 2040 E Walnut St Pasadena, CA  91107 | | Vendor |
| 697 | U.S. Securities and Exchange Commission Attn: Bankruptcy Counsel 444 South Flower Street, Suite 900 Los Angeles, CA 90071-9591 | | Matrix Party |
| 640 | Unbounce 603-401 West Georgia Street Vancouver, BC  V6B 5A1 Canada | | Vendor |
| 692 | UNUM Life Insurance Company of America PO Box 406990 Atlanta, GA  30384 | | Customer: Business Entity |
| 571 | | | Customer |
| 650 | Vector 3, Inc. 16501 Ventura Blvd Ste 200 Encino, CA  91436 | | Vendor |
| 130 | | | Customer: Top Creditor |
| 572 | | | Customer |
| 131 | | | Customer |
| 573 | | | Customer |
| 132 | | | Customer |
| 574 | | | Customer: Top Creditor |
| 575 | | | Customer |

# Exhibit - Rosland Capital

| Party ID | Name and Address of Served Party | Email | Creditor Type |
|---|---|---|---|
| 576 | | | Customer |
| 577 | | | Customer |
| 133 | | | Customer |
| 641 | Whisp 934 N University Drive #246 Coral Springs, FL 33071 | | Vendor |
| 578 | | | Customer |
| 579 | | | Customer |
| 134 | | | Customer |
| 580 | | | Customer |
| 581 | | | Customer |
| 582 | | | Customer |
| 642 | William Devane c/o Deborah Miller, Miller & Company Management 9255 Sunset Blvd, Suite 500 Los Angeles, CA 90069 | | Vendor |
| 583 | | | Customer |
| 135 | | | Customer |
| 584 | | | Customer |
| 585 | | | Customer |
| 586 | | | Customer |
| 587 | | | Customer |
| 157 | | | Customer |
| 588 | | | Customer |
| 659 | Wilson Elser 150 East 42nd Street New York, NY 10017-5639 | | Vendor |
| 686 | Wilson,Elser,Moskowitz,Edelman&Dicker LLP 150 East 42 Street #23 New York, NY 10018 | | Vendor |
| 589 | | | Customer |
| 609 | | | Customer |
| 590 | | | Customer |