SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Jennifer L. Nassiri (Cal Bar No. 209796)
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90071
Telephone: 310.228.3700
Email: jnassiri@sheppard.com

-and-

Catherine Jun (*pro hac vice* to be submitted)
321 North Clark Street, 31st Floor
Chicago, IL 60654
Telephone: 312.499.6362
Email: cjun@sheppard.com

*Counsel to Rosland Capital Group Limited*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ROSLAND CAPITAL LLC, a Delaware limited liability company<br><br>Debtor. | Case No: 2:26-bk-16650-BB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Sheppard Mullin Richter & Hampton, LLP hereby enters its appearance in the above-captioned chapter 11 bankruptcy case (the "Case") on behalf of Rosland Capital Group Limited.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the undersigned hereby requests that they be added to the service lists in the Cases and that copies of all notices, motions, pleadings (courtesy copies), subpoenas (courtesy copies), and other papers filed or served in this Case be served upon:

Sheppard Mullin Richter & Hampton LLP
Attn: Jennifer L. Nassiri
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90071
Telephone: 310.228.3700
jnassiri@sheppard.com

and

Sheppard Mullin Richter & Hampton LLP
Att'n: Catherine Jun
321 North Clark Street, 31st Floor
Chicago, IL 60654
Telephone: 312.499.6362
cjun@sheppard.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings (courtesy copies), subpoenas (courtesy copies), motions, applications, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that nothing in this Notice of Appearance and Request for Service of Notices and Papers (this "Notice") is intended to, or does, (i) authorize the undersigned to accept service of any subpoena or pleading on behalf of Rosland Capital Group Limited or (ii) waive Rosland Capital Group Limited's rights to proper formal service pursuant to Federal Rules of Bankruptcy Procedure 7004, 7005, 9014, or 9016 (and Federal Rules of Civil Procedure 4 and 45) or any other applicable rules or statutes.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of Rosland Capital Group Limited's rights, including, without limitation, to (i) have final orders in noncore matters entered only after de novo review by a District Court judge, (ii) trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Rosland Capital Group Limited is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: July 31, 2026

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90071
Telephone: 310.228.3700
Email: jnassiri@sheppard.com

By: *\/s/ Jennifer L. Nassiri*
Jennifer L. Nassiri