BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@ggfirm.com
JONATHAN S. SHENSON (SBN 184250)
JShenson@ggfirm.com
JONATHAN J. BOUSTANI (SBN 274748)
JBoustani@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

Proposed Attorneys for Debtor
Rosland Capital LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ROSLAND CAPITAL LLC, a Delaware limited liability company<br><br>Debtor. | Case No. 2:26-bk-16650-BB<br><br>Chapter 11<br><br>**DECLARATION OF BRIAN L. DAVIDOFF IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING PAYMENT FOR EXTENSION OF DEBTOR'S D&O INSURANCE POLICY PERIOD**<br><br>**Hearing**<br>Date: August 11, 2026<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>        Edward R. Roybal Federal Building<br>        and Courthouse<br>        255 E. Temple Street<br>        Los Angeles, California 90012<br>(or via ZoomGov per posted procedures) |

I, Brian L. Davidoff, declare:

1.   I am an attorney at law duly licensed to practice in the State  of California and before this Court. I am a partner in the law firm of Greenberg Glusker Fields Claman & Machtinger LLP, proposed general bankruptcy counsel for Rosland Capital LLC ("Debtor), the Debtor and

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

75837-00002/8151613.2

NOTICE

debtor in possession herein. I submit this declaration in support of the Debtor's *Motion for an Order Authorizing Payment for Extension of Debtor's D&O Insurance Policy Period, [Docket No. 52], filed on August 5, 2026* (the "Motion"). Except as otherwise stated, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto. Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

2.   Based on information provided to me by Armanino LLP, as of August 6, 2026, the Debtor maintained approximately $211,661.60 in the account ending in 3518 and $1,000.00 in the account ending in 0058 (collectively, the "Accounts"). The funds on deposit in the Accounts constitute unencumbered funds of the Debtor's bankruptcy estate.

3.   To the best of my knowledge, no secured creditor holds a lien, security interest, or other encumbrance on, or other interest in, the cash held in the Accounts that will be used to pay the premium due on the Policy.

4.   The Debtor has not filed a motion for authority to use cash collateral in this case because the funds to be used to pay the Policy premium  is not the cash collateral of any secured creditor.

I declare under the laws of the United States of America that the foregoing is true and correct.  Executed at Los Angeles, California this 10th day of August 2026.

_____
Brian L. Davidoff

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

75837-00002/8151613.2

2

NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Suite 2600, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BRIAN L. DAVIDOFF IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING PAYMENT FOR EXTENSION OF DEBTOR'S D&O INSURANCE POLICY PERIOD** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 10, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian L. Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com;cmillerwatkins@greenbergglusker.com; MilanaECF@ggfirm.com**
- **Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com**
- **Kenneth C Greene    kenlaw100@gmail.com**
- **Jennifer L Nassiri    JNassiri@sheppardmullin.com, xmaurice@sheppardmullin.com**
- **Steven Phillip Ordaz    sordaz@bmcgroup.com, info@ecfalerts.com**
- **Jonathan Seligmann Shenson    jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com**
- **David Samuel Shevitz    David.S.Shevitz@usdoj.gov**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/10/2026   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed
.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/10/2026 | Cynthia Miler Watkins | */s/ Cynthia Miller Watkins* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
75837-00002/8151613.2          **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via FedEx Overnight
Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building
and Courthouse
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**