Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@ggfirm.com
JONATHAN S. SHENSON (SBN 184250)
JShenson@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

☐ *Individual appearing without attorney*
☒ *Attorney for Debtor*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:
ROSLAND CAPITAL LLC

Debtor(s)

CASE NO.: 2:26-bk-16650-BB
CHAPTER: 11

## SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B ☐ Schedule C ☐ Schedule D ☒ Schedule E/F ☐ Schedule G
☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers ☐ Statement of Intention ☐ Master Mailing List
☒ Other (*specify*) Attached are amended and restated answers to question 7 of the Statement of Financial Affairs, and an Amended Summary of Assets and Liabilities for Non-Individuals

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: September 24, 2026

[signature]
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

**Addition to STATEMENT OF FINANCIAL AFFAIRS**

7. List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

| Investigations | Status |
|---|---|
| New York State Attorney General ("NYAG") investigation of Rosland, which commenced in or about January 2023. The investigation, lead by the Investor Protection Bureau, has focused on consumer interactions and practices. | Pending |
| Securities and Exchange Commission ("SEC") investigation of Rosland, which commenced in or about November 2024. The investigation, lead by the Los Angeles Regional Office, has focused on precious-metals backed IRAs. | Pending |
| New Hampshire Bureau of Securities Regulation | Pending |
| Pennsylvania Office of Attorney General, Bureau of Consumer Protection (Case BCP-26- 05-027531) | Pending |
| Oregon Department of Justice (File FF5562-26) | Pending |

| State Court Case | Status |
|---|---|
| Sheila Greenberg, et al. v. Rosland Capital, LLC, a Delaware limited liability company, et al.<br>Case no. 26SMCV02633<br>Santa Monica Superior Courthouse<br>File date: 5/11/2026<br>Case Type: Other Non personal injury/Property damage tort-general jurisdiction | Pending |

| Notifications of Enquiry | Status |
|---|---|
| California Department of Financial Protection & Innovation | Pending |
| California Department of Justice – Office of the Attorney General | Pending |
| New Hampshire Secretary of State | Pending |
| Bureau of Securities Regulation | Pending |
| South Carolina Attorney General's Office | Pending |
| Wisconsin Department of Financial Institutions | Pending |
| Division of Securities | Pending |
| United States Commodity Futures Trading Commission | Pending |
| United States Securities and Exchange Commission | Pending |

**Fill in this information to identify the case:**

Debtor name **Rosland Capital LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-16650-BB**

☒ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **511,395.99** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **511,395.99** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **63,695,060.86** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **63,695,060.86** |

**Fill in this information to identify the case:**

Debtor name **Rosland Capital LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-16650-BB**

☒ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **Corporate Checking** | **5062** | **$3,551.78** |
| 3.2. | **Banc of California** | **Analyzed Business Checking** | **0058** | **$1,000.00** |
| 3.3. | **Banc of California** | **Analyzed Business Checking** | **3518** | **$197,800.52** |
| 3.4. | **East West Bank** | **DIP Account** | **4157** | **$0.00** |
| 3.5. | **Bank of America** | **Full Analysis Checking** | **7310** | **$57.19** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$202,409.49**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

Debtor **Rosland Capital LLC** Case number *(If known)* **2:26-bk-16650-BB**
Name

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit on Leased office in Los Angeles, CA-Douglas Emmett 1995, LLC** | **$123,907.00** |
| 7.2. | **Security Deposit on leased office in Henderson, NV-St. Rose 2879, LLC** | **$22,567.36** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **PrePaid Insurance for Cyber Liability-ending 7/30/2026** | **$2,672.99** |
| 8.2. | **PrePaid Insurance for IP Liability- ending 9/27/2026** | **$8,214.43** |
| 8.3. | **PrePaid Insurance for D&O/EPLI Management Liability- ended 6/28/2026** | **$93,958.03** |
| 8.4. | **PrePaid Professional Liability E&O- ending 10/4/2026** | **$57,666.69** |

9. **Total of Part 2.** **$308,986.50**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

Debtor **Rosland Capital LLC** Case number *(If known)* **2:26-bk-16650-BB**
Name

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture and Fixtures; Tenant Improvement-Landmark and NV; and Electronics' Kitchen Equipment** | **$0.00** | **Liquidation** | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1. **Artwork** | **Unknown** | **N/A** | **Unknown** |

43. **Total of Part 7.** **$0.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor **Rosland Capital LLC** Case number *(If known)* **2:26-bk-16650-BB**
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office-11766 Wilshire Blvd., Suite 1200, Los Angeles, CA 90025-Office Building** | **Leased Office Space** | **$0.00** | **N/A** | **$0.00** |
| 55.2. **Office- 2879 St Rose Parkway #120, Henderson, NV 89052** | **Leased Office Space** | **$0.00** | | **$0.00** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Customer List** | **Unknown** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

Debtor **Rosland Capital LLC** Case number *(If known)* **2:26-bk-16650-BB**
Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Total face amount | | doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | | | | | |
| **Loan to Marin Aleksov** | **2,209,894.52** | - | **0.00** | = | **$Unknown** |
| **Loan to Julian Aleksov** | **44,139.88** | - | **0.00** | = | **$Unknown** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| **Endurance Assurance Corporation D&O Policy** | **Unknown** |
| **Lloyds of London Errors and Omissions Policy- primary** | **Unknown** |
| **North River Insurance Errors and Omissions Policy-secondary** | **Unknown** |
| **The Hartford Insurance-Package- Business** | **Unknown** |
| **Tokio Marine HCC-Cyber** | **Unknown** |
| **The Hartford Insurance-Fine Arts** | **Unknown** |
| **PMA Insurance Group-Collectibles- Inventory** | **Unknown** |

74. **Causes of action against third parties (whether or not a lawsuit**

**has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Rosland Capital LLC** Case number *(If known)* **2:26-bk-16650-BB**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$202,409.49** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$308,986.50** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9.*...> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+ $ 0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$ 511,395.99** | **+** 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$511,395.99** |

**Fill in this information to identify the case:**

Debtor name **Rosland Capital LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-16650-BB**

☒ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**2x Solutions LLC**
**1990 S Bundy Dr**
**Los Angeles, CA 90025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/15/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**$124,207.86**

3.3 **Nonpriority creditor's name and mailing address**
**ABM Parking Services Inc Landmark**
**11766 Wilshire Blvd**
**Parking Office Suite 401**
**Los Angeles, CA 90025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Office parking
Is the claim subject to offset? ■ No ☐ Yes

**$13,644.00**

3.4 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/6/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**$4,997.02**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.5 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150,580.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$118,149.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/21/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/3/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,630.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/25/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,620.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 96001**
**Los Angeles, CA 90096**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$443,476.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card expense
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.12 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **9/30/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$187,992.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/29/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$143,908.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/30/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$147,856.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$218.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/3/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$122,674.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/2/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$45,051.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$103,680.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.19 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/2/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$265,555.32**

3.20 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/25/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$4,161.93**

3.21 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/20/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$14,985.00**

3.22 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$172,500.00**

3.23 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/5/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$90,850.00**

3.24 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/9/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$19,753.40**

3.25 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/5/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$3,169.00**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **8/6/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,943.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **4/29/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$199,976.52** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **4/7/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Buyback liability**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,386.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **10/21/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$58,972.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **11/7/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$99,254.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **2/4/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,349.00** |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.33 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/9/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,596.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$443,244.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Bing**
**1 Microsoft Way**
**Redmond, WA 98052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Blikket**
**9854 National Blvd**
**Los Angeles, CA 90034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Office expense
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/7/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,092.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/29/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,062.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$562.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.40 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 8/12/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**$99,978.05**

**3.41 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 9/29/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**$431,205.00**

**3.42 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 2/23/2026**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**$19,951.00**

**3.43 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 12/5/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

**3.44 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 1/20/2026**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**$36,501.80**

**3.45 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**$399,950.00**

**3.46 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 5/13/2026**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**$66,913.00**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.47 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$62.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/9/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,928.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/21/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$50,025.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
**Bromfield Car Service**
**PO Box 45681**
**Los Angeles, CA 90045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Transportation
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$11,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$36,264.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/3/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,782.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.54 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,960.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,472.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/12/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,735.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/9/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,351.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,804.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/8/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$59,992.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,164.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| No. | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is | Basis for the claim | Is the claim subject to offset? | Amount |
|---|---|---|---|---|---|---|---|
| 3.61 | [redacted] | 1/8/2026 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Payment for Precious Metals | ■ No ☐ Yes | $54,818.00 |
| 3.62 | [redacted] | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Buyback liability | ■ No ☐ Yes | $414,000.00 |
| 3.63 | [redacted] | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Buyback liability | ■ No ☐ Yes | $3,100.87 |
| 3.64 | [redacted] | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Buyback liability | ■ No ☐ Yes | $61,877.14 |
| 3.65 | [redacted] | 10/9/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Payment for Precious Metals | ■ No ☐ Yes | $247,225.00 |
| 3.66 | [redacted] | 6/9/2026 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Payment for Precious Metals | ■ No ☐ Yes | $203,937.40 |
| 3.67 | [redacted] | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Buyback liability | ■ No ☐ Yes | $594.60 |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.68 **Nonpriority creditor's name and mailing address**
**Celebrity Consultants LLC**
**16255 Ventura Blvd**
**Ste 625**
**Encino, CA 91436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.69 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/17/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$20,046.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/22/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$100,073.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,047.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,241.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$99,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$36,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.75 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/3/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,923.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/4/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,556.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$213,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,004.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$305,246.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$105,951.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Cheq Technologies Inc**
**22 West 19th Street**
**9th Floor**
**New York, NY 10011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.82 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/2/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$6,204.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.83 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/17/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$675,001.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/10/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,739.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/10/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$136,528.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$29,534.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/6/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$20,099.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/5/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$49,731.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.89 **Nonpriority creditor's name and mailing address**
**Cimplifi**
**PO Box 644722**
**Pittsburg, PA 15264**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,627.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Legal - SEC**
Is the claim subject to offset? ■ No ☐ Yes

3.90 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/24/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$69,483.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$102,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$192.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$161,268.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/8/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,978.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/2/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$89,836.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.96 **Nonpriority creditor's name and mailing address**
**Cox Business NV**
**PO Box 53262**
**Phoenix, AZ 85072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,322.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Cable**
Is the claim subject to offset? ■ No ☐ Yes

3.97 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,149.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/24/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$570,333.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/11/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,047.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/21/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,139.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.102 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/20/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,137.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 3/25/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,951.00** |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 5/11/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,137.40** |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 5/5/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$101,874.24** |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 2/13/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,840.00** |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 12/5/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$44,061.95** |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 12/5/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$63,047.32** |
| 3.109 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Buyback liability<br>Is the claim subject to offset? ■ No ☐ Yes | **$203,060.00** |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.110 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/23/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$154,910.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.111 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/12/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,551.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/17/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$119,388.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$148,876.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,595.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,924.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/8/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,499.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.117 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/9/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$9,951.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.118 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/5/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$34,287.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$97,680.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/5/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,621.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,211.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/16/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$20,941.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.123 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$20,353.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,969.12** |
|---|---|---|---|
| | [redacted] | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** 1/22/2026 | **Basis for the claim:** Payment for Precious Metals | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,575.98** |
|---|---|---|---|
| | [redacted] | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Buyback liability | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$193,156.00** |
|---|---|---|---|
| | [redacted] | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** 5/12/2026 | **Basis for the claim:** Payment for Precious Metals | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$237.20** |
|---|---|---|---|
| | [redacted] | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Buyback liability | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,991.22** |
|---|---|---|---|
| | [redacted] | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** 5/15/2026 | **Basis for the claim:** Payment for Precious Metals | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00** |
|---|---|---|---|
| | [redacted] | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** 4/28/2025 | **Basis for the claim:** Payment for Precious Metals | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,091.00** |
|---|---|---|---|
| | [redacted] | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** 5/1/2026 | **Basis for the claim:** Payment for Precious Metals | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.131 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/12/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$10,075.46**

3.132 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/14/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$28,249.00**

3.133 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$27,451.00**

3.134 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$97,230.00**

3.135 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$85,034.00**

3.136 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/30/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$25,478.19**

3.137 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/30/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$39,702.11**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.138 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/4/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$4,998.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.139 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/12/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$274,125.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/5/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,389.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/27/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$55,354.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/25/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$96,704.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/26/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$334,506.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$271,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.145 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/1/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.146 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$98,032.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/11/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$209,448.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/20/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,990.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/17/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$102,052.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
**Deborah Miller**
**Miller and Company Management**
**9255 Sunset Blvd Suite 500**
**Los Angeles, CA 90069**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75,292.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.152** **Nonpriority creditor's name and mailing address**
**Delaware Depository Service**
**3601 North Market Street**
**Wilmington, DE 19802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$295.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Inventory storage
Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/27/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,539.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,513.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/23/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,561.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$34,741.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/26/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$149,380.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,922.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.159 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/29/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$44,000.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.160 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/20/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$50,016.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/17/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$49,870.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/22/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$22,161.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/5/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$7,511.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/6/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$89,564.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/10/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$502,490.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.166 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/1/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$110,902.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.167 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/9/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,005.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,990.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,171.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,302.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$484.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
**Douglas Emmett 1995 LLC**
**11766 Wilshire Blvd**
**Suite 401**
**Los Angeles, CA 90025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$54,673.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lease
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.173 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/1/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66,570.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.174 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/19/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.175 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/21/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,871.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.176 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/7/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$136,726.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.177 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/21/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,301.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.178 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/16/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,990.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.179 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$59,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.180 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/10/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$61,738.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.181 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 9/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$231,451.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.182 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,751.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.183 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,654.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.184 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,924.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.185 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$248,563.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.186 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/9/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,017.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.187 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/15/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$188,839.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.188 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$16.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.189 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/20/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$20,625.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/30/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,033.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/11/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$68,399.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.192 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/6/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$69,117.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.193 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/17/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.194 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/22/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,999.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.195 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/21/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$125,208.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.196 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/14/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$90,293.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.197 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$98,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.198 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/19/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,951.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.199 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/6/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$916,880.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.200 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **10/24/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$41,999.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.201** **Nonpriority creditor's name and mailing address**
**Federal Express**
**PO Box 7221**
**Pasadena, CA 91109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$781.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Postage**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** **Nonpriority creditor's name and mailing address**
**First Orion Corp**
**520 Main Street**
**Ste 400**
**North Little Rock, AR 72114**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,606.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Telephone**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,478.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**
**Fox News Network LLC**
**PO Box 27128**
**Concord, CA 94520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,986,389.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Advertising**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/28/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$248,962.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,912.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,323.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.208 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/17/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$24,931.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.209 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/16/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$24,339.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$81,038.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/6/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,229.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.212 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/20/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$103,657.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.213 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/30/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,745.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.214 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/20/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$63,943.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.215** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,779.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.216** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/16/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,341.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.217** **Nonpriority creditor's name and mailing address**
**Frontier**
**Landmark Backup**
**PO Box 740407**
**Cincinnati, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,199.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Telephone
Is the claim subject to offset? ■ No ☐ Yes

**3.218** **Nonpriority creditor's name and mailing address**
**Frontier**
**Fax Lns Landmark**
**PO Box 740407**
**Cincinnati, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$331.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Telephone
Is the claim subject to offset? ■ No ☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/21/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,455.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.220** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 9/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$392,253.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.221** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/14/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$447,142.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.222** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/26/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,307.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.223** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/11/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$527,541.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.224** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$43,109.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.225** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/30/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$75,384.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **9/26/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$849,110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.227** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$98,974.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.228** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/16/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,346.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.229 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/23/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$20,837.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.230 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,676.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$50,593.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.232 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$59,805.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.233 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/5/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$100,114.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.234 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 8/25/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,073.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.235 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 7/31/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$8,317.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.236 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/20/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,015.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.237 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,457.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
**GODADDYCOM LLC**
**100 S Mill Ave**
**Suite 1600**
**Tempe, AZ 85281**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.239 **Nonpriority creditor's name and mailing address**
**Google Inc**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$272,887.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/22/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,997.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.242 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,059.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.243 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/1/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$400,425.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.244 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/6/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$14,792.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,999.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$200,345.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.247 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/26/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$6,204.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$257,945.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.249 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/8/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$464,252.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.250** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/2/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$100,289.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.251** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$6,772.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.252** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/11/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$6,450.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.253** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,046.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.254** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.255** **Nonpriority creditor's name and mailing address**
**Hirschfeld Kraemer LLP**
**456 Montgomery Street**
**Suite 2200**
**San Francisco, CA 94104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$622.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal - HR
Is the claim subject to offset? ■ No ☐ Yes

**3.256** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$60,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.257 **Nonpriority creditor's name and mailing address**
**Honey Well Store Inc**
**855 S Mint Street**
**Charlotte, NC 28202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Advertising**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.258 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 1/14/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes
**$19,950.09**

3.259 **Nonpriority creditor's name and mailing address**
**InterImage Productions Inc**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Advertising**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.260 **Nonpriority creditor's name and mailing address**
**InterMedia Advertising Inc**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Advertising**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.261 **Nonpriority creditor's name and mailing address**
**InterMedia Entertainment**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Advertising**
Is the claim subject to offset? ■ No ☐ Yes
**$6,250.00**

3.262 **Nonpriority creditor's name and mailing address**
**InterMedia Entertainment**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Advertising**
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.263 **Nonpriority creditor's name and mailing address**
**InterPost Productions**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Advertising**
Is the claim subject to offset? ■ No ☐ Yes
**$400.00**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

**3.264** **Nonpriority creditor's name and mailing address**
**InterPost Productions**
**22120 Clarendon Street**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

**3.265** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/21/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,871.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.266** **Nonpriority creditor's name and mailing address**
**J Scott Smith**
**307 Hill Street**
**No 4**
**Santa Monica, CA 90405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

**3.267** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/1/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,161.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/27/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$220,748.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.269** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,905.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.270** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$108,945.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.271 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/15/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$34,861.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.272 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/8/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.273 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$218.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.274 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/10/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,099.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.275 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/6/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$134,421.92**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,188.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.277 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/24/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$59,403.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.278 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**$4,871.00**

3.279 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/8/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**$21,329.00**

3.280 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/4/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**$70,558.95**

3.281 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/27/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**$101,128.00**

3.282 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**$50,069.37**

3.283 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/4/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**$37,198.39**

3.284 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**$49,905.00**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.285** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/14/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,071.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.286** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **10/1/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$188,276.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.287** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.288** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/8/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,681.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.289** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/16/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$474,899.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.290** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/13/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,996.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.291** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **10/1/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$199,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.292 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$9,236.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.293 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$9,164.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.294 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **9/11/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$125,094.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.295 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$59,859.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.296 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/16/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$4,999.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.297 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/15/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$49,931.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.298 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **10/27/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$198,982.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.299** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes
**$200,644.80**

---

**3.300** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/25/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes
**$199,683.20**

---

**3.301** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/9/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes
**$142,227.00**

---

**3.302** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/17/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes
**$24,781.18**

---

**3.303** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **10/14/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes
**$122,629.30**

---

**3.304** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes
**$245,250.00**

---

**3.305** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/26/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes
**$19,624.00**

---

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.306 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/27/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$49,822.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.307 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/11/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$30,526.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.308 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$30,228.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.309 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 8/22/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$81,656.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.310 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/14/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,959.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.311 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$39,836.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.312 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/24/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$55,387.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.313 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75,140.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.314 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **6/5/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$128,098.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.315 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/10/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$183,942.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.316 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/20/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,803.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.317 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/9/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$618,096.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.318 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/20/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,332.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.319 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/25/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,102.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.320 | [redacted]<br>**Date(s) debt was incurred 2/5/2026**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,585.92** |
| 3.321 | [redacted]<br>**Date(s) debt was incurred 2/4/2026**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,970.00** |
| 3.322 | [redacted]<br>**Date(s) debt was incurred 12/11/2025**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,047.00** |
| 3.323 | [redacted]<br>**Date(s) debt was incurred 1/30/2025**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,278.86** |
| 3.324 | [redacted]<br>**Date(s) debt was incurred 5/13/2026**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,294.00** |
| 3.325 | [redacted]<br>**Date(s) debt was incurred 3/3/2026**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,638.36** |
| 3.326 | [redacted]<br>**Date(s) debt was incurred 2/5/2026**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,788.00** |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.327 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/15/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$99,389.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.328 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/20/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.329 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/10/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$24,271.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.330 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$33,210.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/30/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,245.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/9/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$20,013.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/4/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$52,383.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.334 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66,488.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.335 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/27/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,171.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.336 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/9/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,686.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.337 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/5/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,004.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.338 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,402.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.339 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$98,032.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.340 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/6/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$351,008.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.341** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$285,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.342** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/19/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$53,078.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.343** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/20/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$34,849.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.344** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **9/30/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$355,096.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.345** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/2/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$49,945.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.346** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/13/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$57,501.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.347** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$99,682.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

**3.348 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,101.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.349 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$76,628.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.350 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/5/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$138,635.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.351 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,537.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.352 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$255,090.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.353 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/25/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$149,805.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.354 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,287.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.355** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$24,309.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.356** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$23,865.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.357** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/23/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$23,351.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.358** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/16/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,961.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.359** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/17/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$199,446.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.360** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/14/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$50,449.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.361** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/15/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$39,629.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

| | | | |
|---|---|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 2/13/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,298.04** |
| 3.363 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 6/8/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$51,098.00** |
| 3.364 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 1/21/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,982.28** |
| 3.365 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 3/26/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,692.65** |
| 3.366 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 9/17/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$88,058.00** |
| 3.367 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 12/31/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,053.28** |
| 3.368 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 2/9/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,946.60** |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| 3.369 | Nonpriority creditor's name and mailing address: [redacted] | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$10,077.68** |
|---|---|---|---|
| | Date(s) debt was incurred _ ; Last 4 digits of account number _ | Basis for the claim: Buyback liability; Is the claim subject to offset? ■ No ☐ Yes | |
| 3.370 | Nonpriority creditor's name and mailing address: [redacted] | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$19,987.96** |
| | Date(s) debt was incurred 4/28/2026; Last 4 digits of account number _ | Basis for the claim: Payment for Precious Metals; Is the claim subject to offset? ■ No ☐ Yes | |
| 3.371 | Nonpriority creditor's name and mailing address: [redacted] | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,281.26** |
| | Date(s) debt was incurred 5/7/2026; Last 4 digits of account number _ | Basis for the claim: Payment for Precious Metals; Is the claim subject to offset? ■ No ☐ Yes | |
| 3.372 | Nonpriority creditor's name and mailing address: [redacted] | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50,096.00** |
| | Date(s) debt was incurred 2/17/2026; Last 4 digits of account number _ | Basis for the claim: Payment for Precious Metals; Is the claim subject to offset? ■ No ☐ Yes | |
| 3.373 | Nonpriority creditor's name and mailing address: [redacted] | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$23,213.60** |
| | Date(s) debt was incurred 2/6/2026; Last 4 digits of account number _ | Basis for the claim: Payment for Precious Metals; Is the claim subject to offset? ■ No ☐ Yes | |
| 3.374 | Nonpriority creditor's name and mailing address: [redacted] | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$49,035.20** |
| | Date(s) debt was incurred 11/3/2025; Last 4 digits of account number _ | Basis for the claim: Payment for Precious Metals; Is the claim subject to offset? ■ No ☐ Yes | |
| 3.375 | Nonpriority creditor's name and mailing address: [redacted] | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$281,677.40** |
| | Date(s) debt was incurred 1/27/2026; Last 4 digits of account number _ | Basis for the claim: Payment for Precious Metals; Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.376 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/18/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$8,893.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.377 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$40,320.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.378 **Nonpriority creditor's name and mailing address**
**Klaviyo**
**125 Summer Street**
**Floor 6**
**Boston, MA 02111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.379 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/4/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$15,592.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.380 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/14/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$34,702.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.381 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$55,552.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.382 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/10/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$29,932.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

---

**3.383** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,015.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/18/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,866.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/5/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,902.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** **Nonpriority creditor's name and mailing address**
**Legends Experience LTD**
**Ingles Manor Castle Hill Ave**
**Folkestone, Kent CT20 2RD**
**United Kingdom**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/17/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,848.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,474.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$701.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.390 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/22/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$62,280.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.391 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/14/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,853.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.392 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/22/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$116,702.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.393 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/20/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,391.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.394 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$282.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.395 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **8/25/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,313.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.396 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/7/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$80,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.397 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,734.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.398 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,879.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.399 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$598,273.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.400 **Nonpriority creditor's name and mailing address**
**LUMEN**
**931 14th Street**
**Denver, CO 80202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,344.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Cable
Is the claim subject to offset? ■ No ☐ Yes

3.401 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66,141.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.402 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/11/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$197,467.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.403 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,945.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.404 | [redacted]<br>Date(s) debt was incurred 12/29/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $75,279.00 |
| 3.405 | [redacted]<br>Date(s) debt was incurred 5/21/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $5,404.00 |
| 3.406 | [redacted]<br>Date(s) debt was incurred 6/5/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $22,515.88 |
| 3.407 | **Manfra Tordella and Brookes Inc**<br>**50 West 47th Street**<br>**Suite 310**<br>**New York, NY 10036**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Supplier<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.408 | [redacted]<br>Date(s) debt was incurred 8/14/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $162,162.00 |
| 3.409 | [redacted]<br>Date(s) debt was incurred 10/27/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $249,488.00 |
| 3.410 | [redacted]<br>Date(s) debt was incurred 3/6/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $30,177.00 |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.411 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 6/16/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$28,132.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.412 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 2/10/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$102,727.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.413 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 3/23/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$7,189.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.414 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 4/16/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$22,225.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.415 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 4/10/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$142,213.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.416 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$915.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.417 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$59,488.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.418 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/11/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$199,875.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.419 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,992.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.420 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/2/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,060.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.421 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/8/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,196.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.422 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/8/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66,169.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.423 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$262.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.424 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,625.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.425 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/22/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$178,091.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.426 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/20/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$147,381.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.427 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/14/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,949.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.428 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **1/26/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$81,273.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.429 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/22/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$195,098.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.430 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$353.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.431 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **10/23/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$334,206.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.432 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$51,279.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.433 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$767,583.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.434 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/7/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$109,761.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.435 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$270.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.436 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$366.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.437 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$114,356.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.438 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/20/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,755.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.439 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/17/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$56,771.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.440 **Nonpriority creditor's name and mailing address**
**Matthew Poldberg**
**3136 Hackett Ave**
**Long Beach, CA 90808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,494.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.441 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 8/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,888.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.442 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,688.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.443 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/5/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,143.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.444 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/3/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,477.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.445 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/19/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,973.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.446 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/29/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,519.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.447 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$43,268.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.448 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/21/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,191.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.449 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/5/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,972.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.450 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/6/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,951.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.451 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/2/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,204.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.452 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/14/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$153,049.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.453 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/10/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$99,719.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.454 **Nonpriority creditor's name and mailing address**
**Money Group LLC**
**Metro Office Park**
**Building 7 Calle 1**
**Suite 204**
**Guaynabo, PR 00968**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.455 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/20/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,562.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.456 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$228,832.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.457 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$74,019.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.458 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/24/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$999,305.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.459 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/15/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$34,898.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.460 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$177,698.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.461 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/2/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,087.92**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.462 **Nonpriority creditor's name and mailing address**
**Numismatics Unlimited Inc**
**577A Broadway**
**Massapequa, NY 11758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier
Is the claim subject to offset? ■ No ☐ Yes

3.463 **Nonpriority creditor's name and mailing address**
**NVEnergy**
**PO Box 30150**
**Reno, NV 89520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.464 **Nonpriority creditor's name and mailing address**
**Outward Agency LLC**
**1360 Raymond Ave**
**Long Beach, CA 90804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.465 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/2/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$62,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.466 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/1/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,218.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.467 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 9/22/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$570,392.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.468 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/4/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$350,432.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.469 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$137,626.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.470 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/31/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$50,590.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.471 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$151,272.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.472 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/12/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$15,481.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.473 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$112,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.474 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/28/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$232,707.00**

3.475 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/15/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$98,203.20**

3.476 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/4/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$25,492.00**

3.477 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/30/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$10,000.00**

3.478 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/17/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$51,716.00**

3.479 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$40,140.00**

3.480 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/10/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$54,598.00**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Amount |
|---|---|---|---|
| 3.481 | [redacted]<br>Date(s) debt was incurred 11/25/2025<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $99,924.38 |
| 3.482 | [redacted]<br>Date(s) debt was incurred 2/17/2026<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $14,979.44 |
| 3.483 | PMAC<br>PO Box 965<br>Farmingdale, NY 11735<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Postage<br>Is the claim subject to offset? ■ No ☐ Yes | $1,540.04 |
| 3.484 | Primary Color Systems Inc<br>11130 Holder Street<br>Cypress, CA 90630<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Advertising<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.485 | Quadient Leasing USA<br>Dept 3682<br>PO Box 123682<br>Dallas, TX 75312<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Office expense<br>Is the claim subject to offset? ■ No ☐ Yes | $600.86 |
| 3.486 | [redacted]<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Buyback liability<br>Is the claim subject to offset? ■ No ☐ Yes | $35,187.75 |
| 3.487 | [redacted]<br>Date(s) debt was incurred 1/30/2026<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $99,832.50 |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.488** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,995.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.489** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **10/28/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$399,518.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.490** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/15/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,078.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.491** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,969.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.492** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/8/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,025.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.493** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/13/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,877.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.494** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/16/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,868.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.495 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$30,951.72**

**3.496 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/2/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$12,022.78**

**3.497 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/10/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$249,240.00**

**3.498 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$97,152.00**

**3.499 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$90,057.50**

**3.500 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$29,379.31**

**3.501 Nonpriority creditor's name and mailing address**
**Retirement Living**
**PO Box 735948**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.502 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/2/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$2,800,000.00**

**3.503 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$1,553,750.00**

**3.504 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/23/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$3,091.20**

**3.505 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/6/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$123,380.56**

**3.506 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$209,846.00**

**3.507 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/21/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$100,700.00**

**3.508 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$20.00**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.509 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.510 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/12/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,939.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.511 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/3/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,969.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.512 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/8/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,527.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.513 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/22/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,630.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.514 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/22/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$189,053.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.515 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$219,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.516 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$8,951.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.517 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/2/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$22,625.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.518 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 9/2/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$71,190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.519 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$71,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.520 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$5,026.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.521 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$79,306.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.522 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/7/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$150,040.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.523 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/22/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$11,151.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.524 **Nonpriority creditor's name and mailing address**
**RingCentral Inc**
**PO Box 734232**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$73.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Telephone
Is the claim subject to offset? ■ No ☐ Yes

3.525 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/19/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$25,151.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.526 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/10/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$97,576.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.527 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$49.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.528 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/2/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$49,368.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.529 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/12/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$99,954.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.530 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 2/6/2026**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.531 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 7/22/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$329,944.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.532 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 2/3/2026**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,730.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.533 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 3/17/2026**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$54,981.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.534 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 11/21/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,540.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.535 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 2/27/2026**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,066.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.536 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred 1/29/2026**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,849.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.537 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/8/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,860.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.538 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,010.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.539 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/21/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,801.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.540 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/1/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,988.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.541 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,368.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.542 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,908.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.543 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/24/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,035.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.544 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/8/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$88,816.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.545 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/5/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$25,031.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.546 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/20/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,532.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.547 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/1/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,633.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.548 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/21/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$99,128.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.549 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/29/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$219,630.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.550 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/12/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.551 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/29/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$358,680.00**

3.552 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$419.78**

3.553 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/9/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$52,376.00**

3.554 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/30/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$4,968.50**

3.555 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/13/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$107,768.04**

3.556 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/31/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$20,351.00**

3.557 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$249,507.88**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.558 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$396,765.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.559 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/7/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$124,514.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.560 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/12/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,941.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.561 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,133.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

3.562 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/16/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,380.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.563 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/25/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,502.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.564 **Nonpriority creditor's name and mailing address**
**Rosland Capital Group Hong Kong V**
**3905 Two Exchange Square**
**8 Connaught Place**
**Hongkong**
**Hongkong**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Related party
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.565 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/7/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$66,399.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.566 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$200.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.567 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.568 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 9/15/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$406,656.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.569 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 4/17/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$95,358.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.570 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$5,004.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.571 Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/21/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,049.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.572** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/18/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$1,758,133.00**

**3.573** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/19/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$100,858.72**

**3.574** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/27/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$99,630.80**

**3.575** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$2,503.50**

**3.576** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/13/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$345,350.84**

**3.577** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes
**$99,880.00**

**3.578** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/9/2026
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes
**$53,644.00**

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.579 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$50,822.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.580 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$73,731.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.581 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/29/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,392.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.582 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$75,517.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.583 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **6/16/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$37,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.584 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **10/14/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$429,692.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.585 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/11/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$260,218.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.586 **Nonpriority creditor's name and mailing address**
**Shute Morton**
**1644 Haynes Lane**
**Redondo Beach, CA 90278**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.587 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/27/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,915.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.588 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$79,794.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.589 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/29/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$109,521.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

3.590 **Nonpriority creditor's name and mailing address**
**Sontiq**
**9920 Franklin Square Drive**
**Suite 250**
**Nottingham, MD 21236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$837.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Office expense
Is the claim subject to offset? ■ No ☐ Yes

3.591 **Nonpriority creditor's name and mailing address**
**Spectrum Enterprise**
**CableandWdbd**
**PO Box 60074**
**City of Industry, CA 91716**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$245.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Cable
Is the claim subject to offset? ■ No ☐ Yes

3.592 **Nonpriority creditor's name and mailing address**
**Spectrum Enterprises Business**
**TV Premier**
**Box 223085**
**Pittsburge, PA 15251**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$212.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Cable
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

3.593 **Nonpriority creditor's name and mailing address**
**Spectrum Enterprises Fiber Internet**
**PO Box 60074**
**City of Industry, CA 91716**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Internet**
Is the claim subject to offset? ■ No ☐ Yes

---

3.594 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/17/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,528.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

3.595 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,650.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

3.596 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/23/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$55,649.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

3.597 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/7/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,975.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

3.598 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **12/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,960.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

3.599 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/24/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,316.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.600** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$13,665.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

**3.601** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **5/22/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$679,311.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.602** **Nonpriority creditor's name and mailing address**
**Studio Mousetrap LLC**
**359 W 7th Street**
**San Pedro, CA 90731**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Advertising**
Is the claim subject to offset? ■ No ☐ Yes

**3.603** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/4/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$299,706.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.604** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/6/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,161.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.605** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **11/10/2025**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$70,980.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

**3.606** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/6/2026**
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$9,951.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.607 | **Tahoe Springs Water**<br>**3300 Meade Ave Suite B**<br>**Las Vegas, NV 89102**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Office expense<br>Is the claim subject to offset? ■ No ☐ Yes | **$374.28** |
| 3.608 | [redacted]<br>Date(s) debt was incurred 2/17/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$59,516.66** |
| 3.609 | [redacted]<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Buyback liability<br>Is the claim subject to offset? ■ No ☐ Yes | **$99,591.00** |
| 3.610 | [redacted]<br>Date(s) debt was incurred 1/8/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$70,252.00** |
| 3.611 | [redacted]<br>Date(s) debt was incurred 1/12/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,385.00** |
| 3.612 | [redacted]<br>Date(s) debt was incurred 1/23/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,535.00** |
| 3.613 | [redacted]<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Buyback liability<br>Is the claim subject to offset? ■ No ☐ Yes | **$71,734.00** |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| Item | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | Contingent | Unliquidated | Disputed | Basis for the claim | Subject to offset? | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3.614 | [redacted] | 11/28/2025 | _ | ☐ | ☐ | ☐ | Payment for Precious Metals | ■ No ☐ Yes | $215,171.00 |
| 3.615 | The Press Room<br>18723 Napa Street<br>Northridge, CA 91324 | _ | _ | ☐ | ☐ | ☐ | Advertising | ■ No ☐ Yes | $3,516.36 |
| 3.616 | [redacted] | 11/10/2025 | _ | ☐ | ☐ | ☐ | Payment for Precious Metals | ■ No ☐ Yes | $199,686.00 |
| 3.617 | [redacted] | 2/13/2026 | _ | ☐ | ☐ | ☐ | Payment for Precious Metals | ■ No ☐ Yes | $6,910.54 |
| 3.618 | [redacted] | 2/6/2026 | _ | ☐ | ☐ | ☐ | Payment for Precious Metals | ■ No ☐ Yes | $3,049.00 |
| 3.619 | [redacted] | 5/12/2026 | _ | ☐ | ☐ | ☐ | Payment for Precious Metals | ■ No ☐ Yes | $17,974.00 |
| 3.620 | [redacted] | 10/24/2025 | _ | ☐ | ☐ | ☐ | Payment for Precious Metals | ■ No ☐ Yes | $9,720.49 |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

| | | | |
|---|---|---|---|
| 3.621 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 4/27/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,845.00** |
| 3.622 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 3/31/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,831.00** |
| 3.623 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Buyback liability<br>Is the claim subject to offset? ■ No ☐ Yes | **$199,500.00** |
| 3.624 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 3/26/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,037.00** |
| 3.625 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Buyback liability<br>Is the claim subject to offset? ■ No ☐ Yes | **$50,523.33** |
| 3.626 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Buyback liability<br>Is the claim subject to offset? ■ No ☐ Yes | **$499,860.00** |
| 3.627 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** 1/30/2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | **$39,808.50** |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.628 | [redacted]<br>Date(s) debt was incurred 9/15/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $39,905.69 |
| 3.629 | [redacted]<br>Date(s) debt was incurred 1/16/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $506,730.09 |
| 3.630 | [redacted]<br>Date(s) debt was incurred 4/27/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $10,054.80 |
| 3.631 | [redacted]<br>Date(s) debt was incurred 12/22/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $75,492.00 |
| 3.632 | [redacted]<br>Date(s) debt was incurred 12/16/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $10,062.00 |
| 3.633 | [redacted]<br>Date(s) debt was incurred 4/13/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $11,875.66 |
| 3.634 | [redacted]<br>Date(s) debt was incurred 2/3/2026<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $99,901.00 |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| | | | |
|---|---|---|---|
| 3.635 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **12/12/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,106.38** |
| 3.636 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **2/18/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,813.00** |
| 3.637 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **2/10/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$56,031.60** |
| 3.638 | **Nonpriority creditor's name and mailing address**<br>**Trust Pilot Inc**<br>**50 West 23rd Street**<br>**Suite 1000**<br>**New York, NY 10010**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Advertising**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.639 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **1/21/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$142,461.43** |
| 3.640 | **Nonpriority creditor's name and mailing address**<br>**Tucker Ellis LLP**<br>**PO Box 74717**<br>**Cleveland, OH 44194**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal - lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,642.50** |
| 3.641 | **Nonpriority creditor's name and mailing address**<br>**Typecraft Inc**<br>**2040 E Walnut St**<br>**Pasadena, CA 91107**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Advertising**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

3.642 **Nonpriority creditor's name and mailing address**
**Unbounce**
**603-401 West Georgia Street**
**Vancouver, BC V6B 5A1**
**Canada**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Advertising**
Is the claim subject to offset? ■ No ☐ Yes

3.643 **Nonpriority creditor's name and mailing address**
**UNUM Life Insurance**
**Company of America**
**PO Box 406990**
**Atlanta, GA 30384**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Employee Benefit**
Is the claim subject to offset? ■ No ☐ Yes

3.644 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **2/2/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,995.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.645 **Nonpriority creditor's name and mailing address**
**Vector 3 Inc**
**16501 Ventura Blvd Ste 200**
**Encino, CA 91436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,420.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **IT**
Is the claim subject to offset? ■ No ☐ Yes

3.646 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **4/20/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$368,550.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

3.647 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$422,396.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Buyback liability**
Is the claim subject to offset? ■ No ☐ Yes

3.648 **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** **3/9/2026**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$52,670.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Payment for Precious Metals**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| | | | |
|---|---|---|---|
| 3.649 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Buyback liability**<br>Is the claim subject to offset? ■ No ☐ Yes | **$150,727.50** |
| 3.650 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **11/11/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$177,583.55** |
| 3.651 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **5/29/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$68,574.80** |
| 3.652 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Buyback liability**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,807.20** |
| 3.653 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **2/2/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$469,331.86** |
| 3.654 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **5/28/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,858.00** |
| 3.655 | **Nonpriority creditor's name and mailing address**<br>[redacted]<br>**Date(s) debt was incurred** **1/12/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Payment for Precious Metals**<br>Is the claim subject to offset? ■ No ☐ Yes | **$40,635.36** |

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.656** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/12/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,041.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.657** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,045.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.658** **Nonpriority creditor's name and mailing address**
**Whisp**
**934 N University Drive**
**No 246**
**Coral Springs, FL 33071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

**3.659** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 6/8/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,208.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.660** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,738.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.661** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 3/9/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$136,928.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.662** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$137,060.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**3.663** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/5/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,993.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.664** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 10/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,531.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.665** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 1/23/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,251.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.666** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 2/9/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,170.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.667** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$89,903.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Buyback liability
Is the claim subject to offset? ■ No ☐ Yes

**3.668** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 5/21/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$199,098.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

**3.669** **Nonpriority creditor's name and mailing address**
[redacted]
**Date(s) debt was incurred** 12/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payment for Precious Metals
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount |
|---|---|---|
| 3.670 [redacted]<br>Date(s) debt was incurred 1/22/2026<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $11,500.00 |
| 3.671 [redacted]<br>Date(s) debt was incurred 3/25/2026<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $8,081.50 |
| 3.672 [redacted]<br>Date(s) debt was incurred 2/26/2026<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $16,945.00 |
| 3.673 Wilson Elser<br>150 East 42nd Street<br>New York, NY 10017<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Office expense<br>Is the claim subject to offset? ■ No ☐ Yes | $11,404.00 |
| 3.674 [redacted]<br>Date(s) debt was incurred 2/5/2026<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $20,268.24 |
| 3.675 [redacted]<br>Date(s) debt was incurred 4/10/2026<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $2,679.28 |
| 3.676 [redacted]<br>Date(s) debt was incurred 1/6/2026<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Payment for Precious Metals<br>Is the claim subject to offset? ■ No ☐ Yes | $69,418.00 |

(As of the petition filing date, the claim is: *Check all that apply.*)

## Part 3: List Others to Be Notified About Unsecured Claims

Debtor **Rosland Capital LLC** Case number (if known) **2:26-bk-16650-BB**
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | [redacted] | Line **3.119**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **63,695,060.86** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **63,695,060.86** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (specify): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 29, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/29/2026 | Cynthia Miller Watkins | ***/s/ Cynthia Miller Watkins*** |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Michael Abelow** mabelow@srvhlaw.com
- **Michael Jay Berger** michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Baruch C Cohen** bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Brian L. Davidoff** bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com
- **M Douglas Flahaut** df@echoparklegal.com
- **Alan J Friedman** afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Jeffrey I Golden** jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **David M Goodrich** dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wgllp@ecf.courtdrive.com
- **Kenneth C Greene** kenlaw100@gmail.com
- **Shane Hicks** shicks@zwickerpc.com
- **James Andrew Hinds** jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Keith Robert Lorenze** klorenze@jimersonfirm.com
- **Jennifer L Nassiri** JNassiri@sheppardmullin.com, xmaurice@sheppardmullin.com
- **Giovanni Orantes** go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,andreac@gobklaw.com,normay@gobklaw.com
- **Steven Phillip Ordaz** sordaz@bmcgroup.com, info@ecfalerts.com
- **Catherine Schlomann Robertson** crobertson@spencerfane.com, jbielat@spencerfane.com
- **Allan D Sarver** ADS@asarverlaw.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Jonathan Seligmann Shenson** jshenson@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com
- **David Samuel Shevitz** David.S.Shevitz@usdoj.gov, Abram.S.Feuerstein@usdoj.gov
- **Aaron H Stulman** aaron.stulman@icemiller.com, lauren.eastburn@icemiller.com;christopher.samis@icemiller.com;andrew.ehrmann@icemiller.com;sarah.gladieux@icemiller.com
- **Lucy Thomson** lucythomson_cpo@earthlink.net
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Dylan J Yamamoto** dylan@echoparklegal.com