**Statement of cash receipts and disbursement**

**August 2026**

| Post Date | Reference | Amount |
|---|---|---|
| 8/12/2026 | Management Liability Insurance | ($31,079.00) |
| 8/18/2026 | Website & Notice Page | ($1,500.00) |
| 8/24/2026 | Consultant fee | ($2,120.00) |
| 8/25/2026 | Consultant fee | ($1,200.00) |
| | Total disbursements | ($35,899.00) |