**Statement of operations**

| | Month of August |
|---|---|
| General and administrative expense | |
| Insurance | $31,079 |
| Website | $1,500 |
| Consultant | $3,320 |
| Total Expenses | **$35,899** |
| | |
| Net loss | ($35,899) |