**Statement of Cash Receipts And Disbursement**
**September 2026**

**As of 9/30/2026**

## Cash Balances

| Account | Beginning | End |
|---|---|---|
| Bank of California account | $175,763 | $175,763 |
| Bank of California account | $1,000 | $1,000 |
| East West Bank | $57 | $250,057 |
| **Total** | **$176,820** | **$426,820** |

## Receipts

| Post Date | Reference | Amount |
|---|---|---|
| 9/15/2026 | Bidder Deposit - LEAR CAPITAL INC | $125,000 |
| 9/15/2026 | Bidder Deposit - ENDEAVOR METALS GROUP | $125,000 |
| 9/15/2026 | Bidder Deposit - MONETARY GOLD | $125,000 |
| 9/15/2026 | Bidder Deposit - AMERICAN HARTFORD | $125,000 |
| **Total Receipts** | | **$500,000** |

## Disbursements

| Post Date | Reference | Amount |
|---|---|---|
| 9/28/2026 | Return of Bidder Deposit - ENDEAVOR METALS GROUP | ($125,000) |
| 9/29/2026 | Return of Bidder Deposit - MONETARY GOLD | ($125,000) |
| **Total Disbursements** | | **($250,000)** |

## Cumulative Disbursements

| Reference | Amount |
|---|---|
| August 2026 Cumulative | $68,180 |
| September 2026 Cumulative | $318,180 |